UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Direct Report Corporation<br>d/b/a Shareholder.com,<br><br>    Plaintiff,<br><br>    v.<br><br>CCBN.com, Inc.,<br>The Thomson Corporation,<br>John Does 1 through 5, and<br>Jane Does 1 through 5,<br><br>    Defendants. | Civil Action No. 04-10535 REK |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time for defendants, CCBN.com, Inc., The Thomson Corporation, John Does 1 through 5, and Jane Does 1 through 5, to answer, move against, or otherwise respond to the Complaint filed by plaintiff, Direct Report Corporation d/b/a Shareholder.com, is hereby extended to and including May 6, 2004.

Dated: April 6, 2004

Direct Report Corporation
d/b/a Shareholder.com

By its attorneys,

_(signature)_
John T. Bennett (BBO # 648464)
Ruth T. Dowling (BBO # 645568)
Thane D. Scott (BBO # 449340)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

CCBN.com, Inc.,
The Thomson Corporation,
John Does 1 through 5, and
Jane Does 1 through 5

By their attorneys,

_(signature)_
Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO # 649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Martin Flumenbaum
Aidan Synnott
PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000


SO ORDERED this ___ day of _____, 2004

_____
United States District Judge