UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM
                         Plaintiff,

          v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 through 5,
and JANE DOES 1 through 5,
                         Defendants.

Civil Action No. 04-cv-10535-REK

**PROOF OF SERVICE OF PROCESS**

I, John T. Bennett, state as follows:

1.   I am an attorney for plaintiff Direct Report Corporation d/b/a Shareholder.com.  This affidavit is made as proof of service pursuant to Fed. R. Civ. P. 4(l).

2.   On March 17, 2004, I sent a copy of the following documents by hand delivery to defendant CCBN.com, Inc. (CCBN):  1) Complaint, 2) Civil Action Cover Sheet, 3) Filing Category Form, and 4) Summons.  I received the signed receipt attached as Exhibit A indicating that the service of the documents was made effective upon the office of CCBN's registered agent, Mr. Robert Adler, on March 17, 2004.

3.   I also received an affidavit from Eric Rubin of Connecticut Process Serving, LLC (attached hereto as Exhibit B), stating that a copy of the 1) Complaint, 2) Civil Action Cover Sheet, and 3) Summons were served upon defendant Thomson Corporation on March 25, 2004.

Signed under the pains and penalties of perjury this 9th day of April, 2004.

/s/ John T. Bennett_____
John T. Bennett (BBO# 648464)
Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100