**EXHIBIT  A**

# RS Express Fax Transmission

DATE: _3_ / _18_ / _04_          Time: _9_ : _35_ (AM) PM

FROM _Scott_ _____ of RS Express, Incorporated

# of Pages Being Sent Including Cover Sheet : _2_

Our Return Fax #: (617) 350-6031     Our Main #: (617) 350-0247

To: _Todd  Brightman_

Company Name : _Palmer_

Recipient Fax Number: ( _617_ ) _227_- _4420_

Message:

Todd -

Per your Request, Here is the
Signature For Delivery To

CCBN
   343 Congress ST
Completed 3/17/04

Scott

*Please call us immediately if you did not receive a complete facsimile...*

# RS Express, Incorporated

**24 Hour Main #: (617)350-0247**

## Bike Messenger Delivery Manifest

**Msgr Line: (888)966-7874**

Biker Name: _ADAM_  #: _244_  Date: _3/17/04_  Page #: _1_ OF ___

| PU LOCATION or Or Msgr# Pkg is From: | DEL LOCATION or Or Msgr# Pkg Given To: | DEL TIME (Req'd) | RECIPIENT SIGNATURE Or Msgr# Pkg Given To: (Required) | PRINTED NAME (if necessary) | POD given | RT | Comments/ Other |
|---|---|---|---|---|---|---|---|
| 1 PALMER | CCBN | 10³⁶ | Jamestiburn T.Hilburn | | | | |
| 2 | CADBLY | 10⁹ | 2 M. Murphy | | | | |
| 3 RSX | CPI | 10⁴⁰ | 3 4CY/ | | | | |
| 4 MINTZ | LIB MUTUAL | 2¹⁴ | 4 AKAHOMEN | | | | |
| 5 MINTZ | HOLLAND | 12¹⁰ | 5 Vasquez E | | | | |
| 6 MINTZ | DELOITTE | 12²⁰ | 6 Garcia | Garcia | | | |
| 7 GILMARTIN | BANK N.Y. | 1⁰⁵ | 7 | LEE | | | |
| 8 PALMER | FIDELITY MC | 12³⁰ | 8 | | | | |
| 9 PALMER | US BANK | 12⁵⁹ | 9 | MA | | | +H |
| 10 PALMER | FIRST SW | 1¹⁵ | 10 SRUDS | | | | |
| 11 GIPLI | FLEET | 29 | 11 PEVEAR | | | | |
| 12 SSR | NPST SOUTH.MANN | 2²⁰ | 12 | DEVERL | | | |
| 13 CLIFFENS | DONOVAN | 3⁴⁵ | 13 AJ 3 | | | | |
| 14 DONOVAN | SULLIVAN 2 PARKER | 4¹⁰ | 14 K Cook | | | | (CS) |
| 15 KPMG | GILLETTE | 4¹⁵ | 15 CPI | | | | |
| 16 MANFRA | PALMER | | 16 | | | | (CS) |
| 17 MENINO | MBTA | 2³⁰ | 17 Slevin | | | | |
| 18 LIB MUTUAL | MINTZ | 30 | 18 490 | | | | |
| 19 PALMER | DWER+CO | 4²⁰ | 19 Tinsley | | | | BX HS |
| 20 | | | 20 | | | | |
| 21 | | | 21 | | | | |
| 22 | | | 22 | | | | |
| 23 | | | 23 | | | | |
| 24 | | | 24 | | | | |
| 25 | | | 25 | | | | |

**All bike messengers must record accurate pick up times, delivery times and signatures for _every delivery_.**
Call in all POD's before you leave for the day.