**EXHIBIT B**

**DIRECT REPORT CORPORATION D/B/A
SHAREHOLDER.COM**

Plaintiff(s), Petitioner(s)

*against*

**CCBN.COM, INC., ET AL**

Defendant(s), Respondent(s)

CLIENT: John T. Bennett, Esquire

INDEX NO.: 04 10535 REK

DATE OF FILING: 3/16/2004

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **March 25, 2004 at 1:20 PM at One Station Place, Metro Center, 6th Floor, Stamford, CT 06902,** deponent served the **Summons In A Civil Action and Complaint; Civil Cover Sheet** upon **The Thompson Corporation,** (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Complaint; Civil Cover Sheet** with **Allison Gaston** *a person who is known to be the* **Attorney** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Complaint; Civil Cover Sheet**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **100-130 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Eric Rubin, Private Process Server

Sworn to before me on March 26, 2004

_____
Notary Public
My Commission Expires: 08/31/2004