UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535-REK |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), defendants CCBN.com, The Thomson Corporation, John Does 1 through 5, and Jane Does 1 through 5 (collectively, "CCBN.com") hereby move for the admission *pro hac vice* of its counsel, Aidan Synnott, Henry Seiji Newman, and Sunny Park, all of the firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP. In support of its motion, CCBN.com states:

(1) Mr. Synnott is a member in good standing of the Bar of the State of New York. Mr. Synnott is also admitted to practice before the federal courts set forth in Mr. Synnott's Certificate in support of this motion, which is attached hereto as Exhibit 1.

(2) Mr. Newman is a member in good standing of the Bar of the State of New York. Mr. Newman is also admitted to practice before the federal courts set forth in Mr. Newman's Certificate in support of this motion, which is attached hereto as Exhibit 2.

(3) Ms. Park is a member in good standing of the Bar of the State of New York. Ms. Park is also admitted to practice before the federal courts set forth in Ms. Park's Certificate in support of this motion, which is attached hereto as Exhibit 3.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for CCBN.com hereby certifies that it conferred by telephone with counsel for plaintiff, and plaintiff assented to this motion.

Respectfully submitted,

*/s/ David M. Moss*

Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

DATED: April 14, 2004

### **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for plaintiff by first class mail on April 14, 2004.

*/s/ David M. Moss*

David M. Moss

LIBA/1370695.1