UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION
d/b/a SHAREHOLDER.COM,

Plaintiff,

v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 THROUGH
5, AND JANE DOES 1 THROUGH 5,

Defendants.

Civil Action No. 04-10535-REK

## CERTIFICATE OF AIDAN SYNNOTT

I, Aidan Synnott, hereby depose and state:

1.  I am a Member of the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), and maintain my principal office at 1285 Avenue of the Americas, New York, New York 10019. Paul, Weiss represents defendants CCBN.com, The Thomson Corporation, John Does 1 Through 5, and Jane Does 1 Through 5, in this action. I submit this Certificate in support of CCBN.com's Motion for Admission *Pro Hac Vice*.

2.  I am admitted to practice and am a member in good standing of the Bar of the State of New York. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Northern District of California.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF APRIL 2004.

_____
Aidan Synnott

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## AIDAN SYNNOTT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 19th day of June, 1989 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 12, 2004

*Catherine O'Hagan Wolfe*

Clerk

5288