UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION
d/b/a SHAREHOLDER.COM,

    Plaintiff,

v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 THROUGH
5, AND JANE DOES 1 THROUGH 5,

    Defendants.

Civil Action No. 04-10535-REK

## L.R. 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), defendant CCBN.com, Inc. states that the following are its parent corporations or publicly held companies that own 10 percent or more of its stock:[1]

    The Thomson Corporation Delaware, Inc.

Defendant The Thomson Corporation states that the following are its parent corporations or publicly held companies that own 10 percent or more of its stock:

    The Woodbridge Company Limited.

        CCBN.COM, INC., THE THOMSON
        CORPORATION, JOHN DOES 1 THROUGH 5,
        AND JANE DOES 1 THROUGH 5,

        By their attorneys,

---

[1] Based on their diligent search of available information, defendants list herein all companies which, to their knowledge, are parent corporations of CCBN.com, Inc. and The Thomson Corporation or publicly held companies that own ten percent or more of the stock of CCBN.com, Inc. or The Thomson Corporation.

*[signature]*

Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Martin Flumenbaum
Aidan Synnott
PAUL WEISS RIFKIND
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Dated: April 14, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for plaintiff by first class mail on April 14, 2004.

*[signature]*

David M. Moss

LIBA/1371836.1