UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
DIRECT REPORT CORPORATION,         )
  d/b/a SHAREHOLDER.COM,            )
     Plaintiff                     )
                                   ) CIVIL ACTION
    v.                             ) NO. 04-10535-REK
                                   )
CCBN.COM,                          )
THE THOMPSON CORPORATION,          )
JOHN DOES 1 THROUGH 5, and         )
JANE DOES 1 THROUGH 5,             )
     Defendants                    )
_____)

ORDER
April 29, 2004

      As my daughter is a partner at the law firm of Palmer & Dodge, I find that I must recuse myself from adjudicating this case because my impartiality might reasonably be questioned.

      The Clerk is directed to draw the case to another judge of this court under customary procedures.

                                               _____/s/Robert E. Keeton_____

                                               Robert E. Keeton
                                          Senior United States District Judge