UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil     04-10535-REK

Title:      DIRECT REPORT CORP., d/b/a SHAREHOLDER.COM  v. CCBN.COM,

N O T I C E

Please take notice that the above-entitled case previously assigned

Judge    Keeton    has been transferred to Judge    Saris    for all further pr

From this date forward the case number on all pleadings should be followed

PBS .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Craig Nicewicz
Deputy Clerk

Date:   4/30/2004

_____ Please NOTE that the above case has been transferred to the Western D
Springfield.  All future filings should be made at the Clerk's Office, Fede
& Courthouse, 1550 Main Street, Springfield, MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Di
Worcester.  All future filings should be made at the Clerk's Office, U.S.
Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to: Counsel

(Notice of Transfer.wpd - 12/98)                              [ntccsasgn.]