UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535 PBS |

### DEFENDANTS CCBN.COM, INC. AND THE THOMSON CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STAY DISCOVERY

Defendants CCBN.com, Inc. and The Thomson Corporation (together, the "Defendants") hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts 1-5 of the Complaint filed by Direct Report Corporation, doing business as Shareholder.com, in this action. Defendants also move to dismiss the remaining Counts 6-10 of the Complaint for lack of jurisdiction. Further, Defendants move to dismiss the complaint, in its entirety, as to The Thomson Corporation. Lastly, Defendants move to stay discovery in this action pending the resolution of this Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint; and

WHEREFORE, Defendants respectfully request that this Court stay discovery in this action pending the resolution of this Motion to Dismiss.

Respectfully Submitted,

*[signature: Aidan Synnott]*
Aidan Synnott (*Pro Hac Vice*)
H. Seiji Newman (*Pro Hac Vice*)
Sunny S. Park (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, N.Y. 10019-6064
(212) 373-3000

Anthony S. Fiotto (BBO # 558089)
David M. Moss (BBO # 649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendants CCBN.com, Inc.
and The Thomson Corporation

Dated: May 5, 2004

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Aidan Synnott, hereby certify that I have conferred with opposing counsel in good faith to resolve or narrow the issues raised in this foregoing motion.

*[signature: Aidan Synnott]*
Aidan Synnott
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of May 2004, a true and correct copy of the above and foregoing instrument was served via hand delivery to Ruth T. Dowling, Esq., Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613.

*[signature: David M. Moss]*
David M. Moss