UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct Report Corporation
        Plaintiff,                           CIVIL ACTION
                                                  NO.  04-10535-PBS
      v.

CCBN.Com, et al
        Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                       May 25, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Dismiss on **June 17, 2004**, at **3:30 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                        By the Court,

                                                                     /s/ Robert C. Alba
                                                                       Deputy Clerk

Copies to:  All Counsel