UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -9 P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM
                Plaintiff,

v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 through 5,
and JANE DOES 1 through 5,
                Defendants.

Civil Action No. 04-10535 PBS

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to this Court's Notice of Scheduling Conference, dated May 25, 2004, and Local Rule 16.1(D), the parties submit this Joint Statement in anticipation of the scheduling conference set for June 17, 2004.

### A. CONFERENCE OF COUNSEL

Counsel for plaintiff Direct Report Corporation, d/b/a Shareholder.com, Inc., and counsel for defendants CCBN.com, Inc. and The Thomson Corporation conferred as provided in Local Rule 16.1(B) on June 7, 2004. The parties agreed that a discussion of the proposed discovery and motion schedules should be on the agenda for the scheduling conference. Additionally, the parties agreed that the issuance of a protective order to govern discovery of confidential information should be on the agenda.

### B. PROPOSED PRETRIAL SCHEDULE

As discussed in their Motion to Stay Discovery, Defendants believe discovery should be stayed pending the Court's ruling on their Motion to Dismiss the Amended Complaint. Plaintiff

opposes any stay of discovery. Accordingly, the parties propose the following discovery and motion schedules:

| PRE-TRIAL EVENT | PLAINTIFF'S PROPOSED SCHEDULE | DEFENDANTS' PROPOSED SCHEDULE |
| --- | --- | --- |
| Exchange of Initial Disclosures | June 21, 2004 | Same |
| Commencement of Fact Discovery | June 21, 2004 | Upon the Court's ruling on the Motion to Dismiss |
| All Motions To Amend The Pleadings, Including Motions Concerning The Joinder Of Parties | August 1, 2004 | Same |
| Close of All Fact Discovery | February 1, 2005 | Seven months after the ruling on the Motion to Dismiss |
| Rule 26(a)(2)(B) Expert Disclosures Due | March 1, 2005 | One month after the close of all fact discovery |
| Rule 26(a)(2)(C) Expert Disclosures Due | April 1, 2005 | One month after the Rule 26(a)(2)(B) Disclosures are due |
| Close of Expert Discovery, Including Expert Depositions | May 1, 2005 | One month after the Rule 26(a)(2)(C) Disclosures are due |
| Dispositive Motions Filed | June 15, 2005 | Six weeks after the close of expert discovery |
| Final Pretrial Conference | August 15, 2005 | Two months after Dispositive Motions are filed |
| Trial Date | At the Court's earliest convenience after August 15, 2005 | At the Court's earliest convenience after the final pretrial conference |

C. AMOUNTS AND TYPES OF DISCOVERY

At this stage, the parties are not proposing any changes to the number and type of discovery events set forth in Local Rule 26.1(C).

D. TRIAL BY MAGISTRATE JUDGE

Neither party consents to having the case tried by a magistrate judge.

E. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties will be separately filing their certifications.

F. SETTLEMENT

Pursuant to Local Rule 16.1(C), plaintiff submitted a written settlement offer to defendants on June 7, 2004.

G. PROTECTIVE ORDER

The parties agree that good cause warrants entry of a Protective Order by the Court to facilitate discovery and allow for the protection of confidential and proprietary business information during the course of this action. The parties intend to submit a proposed protective order to the Court.

Respectfully submitted,

| SHAREHOLDER.COM, INC. | CCBN.COM, INC. and THE THOMSON CORPORATION |
|---|---|
| By its attorneys, | By their attorneys, |

*[signature]*

Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

*[signature]*

Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Aidan Synnott
H. Seiji Newman
Sunny S. Park
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

June 9, 2004

4