UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM<br>                              Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                              Defendants. | Civil Action No. 04-10535 PBS |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Direct Report Corporation d/b/a Shareholder.com ("Shareholder.com") makes the following disclosure:

1. There is no parent corporation above Shareholder.com; and

2. No publicly held company owns ten percent (10%) or more of Shareholder.com's stock.

- 2 -

        Respectfully submitted,

        SHAREHOLDER.COM, INC.,

        By its attorneys,

        /s/ John T. Bennett

        _____
        Thane D. Scott (BBO #449340)
        Ruth T. Dowling (BBO #645568)
        John T. Bennett (BBO # 648464)
        PALMER & DODGE LLP
        111 Huntington Avenue
        Boston, MA  02199
        (617) 239-0100

June 15, 2004