UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br>                            Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                            Defendants. | Civil Action No. 04-10535 PBS |

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation, and;

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ John T. Bennett
_____
Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Attorneys for Shareholder.com

June 15, 2004

_____
Ronald H. Gruner
President
Shareholder.com
12 Clock Tower Place
Maynard, MA  01754