UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM<br>    Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>    Defendants. | Civil Action No. 04-10535 PBS |

**PLAINTIFF SHAREHOLDER.COM'S INITIAL DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), plaintiff Direct Report Corporation d/b/a Shareholder.com ("Shareholder.com") provides the following initial disclosures.

**A.    Individuals With Discoverable Information.**

As currently advised, the following individuals are likely to have discoverable information that Shareholder.com may use to support its claims:

| Name | Subjects About Which the Witness Has Information |
|---|---|
| **Ronald H. Gruner**<br>President<br>Shareholder.com<br>12 Clock Tower Place<br>Maynard, MA 01754 | The discovery of CCBN's intrusions into Shareholder.com's internal computer and communication systems. |
| **Keith Barrett**<br>Vice President, Operations<br>Shareholder.com<br>12 Clock Tower Place<br>Maynard, MA 01754 | The nature of CCBN's intrusions into Shareholder.com's internal computer and communication systems. |

| | |
|---|---|
| **Edson DeCastro**<br>21 Gulf Street<br>Boylston, MA  01505 | Communications with CCBN regarding the intrusions into Shareholder.com's computer systems. |
| **Jeffrey Parker**<br>253 Meadowbrook Rd<br>Weston, MA 02493 | Communications with Shareholder.com regarding the intrusions into Shareholder.com's computer systems and any CCBN investigation of same. |
| **Jason Buckley**<br>CCBN.com, Inc.<br>343 Congress Street<br>5th Floor<br>Boston, MA 02210 | The use of CCBN computers to infiltrate Shareholder.com's computer systems. |
| **Michael Gendreau**<br>CCBN.com, Inc.<br>343 Congress Street<br>5th Floor<br>Boston, MA 02210 | The use of CCBN computers to infiltrate Shareholder.com's computer systems. |
| **Joshua Halpern**<br>ICG, Inc.<br>P.O. Box 3599<br>Princeton, NJ 08543 | The nature of CCBN's intrusions into Shareholder.com's internal computer and communication systems. |
| **Sharon Rowlands**<br>Thomson Financial<br>195 Broadway<br>New York, NY 10007 | The integration and absorption of CCBN's operations into Thomson. |
| **Commonwealth of Massachusetts,<br>Office of the Attorney General**<br>One Ashburton Place<br>Boston, MA 02108-1698 | The Attorney General's investigation into CCBN's infiltration of Shareholder.com's internal computer and communication systems. |

**B.     Categories of Documents in Shareholder.com's Possession that it May Use to Support its Claims.**

As currently advised, Shareholder.com may use the following categories of documents to support its claims:

1.     Computer logs and other documents evidencing defendants' infiltration into Shareholder.com's internal computer and communication systems.

2.     Information on revenues derived from customers pilfered by CCBN.

3. Information from the Massachusetts Office of the Attorney General concerning its investigation of CCBN.

All of the above-listed categories of documents are in the custody and control of either Shareholder.com, 12 Clock Tower Place, Maynard, MA 01754 or Palmer & Dodge, 111 Huntington Avenue, Boston MA 02199.

### C. Computation of Damages

Shareholder.com is currently unable to provide a computation of its actual damages. Information permitting such a computation remains within the exclusive control of defendants. Once information sufficient to permit a computation becomes available through discovery, Shareholder.com will supplement its disclosure.

In addition to actual damages, Shareholder.com will seek statutory damages, punitive and multiple damages as appropriate, attorneys' fees, costs, and interest.

### D. Insurance Agreements

Shareholder.com is not aware of any applicable insurance agreements.

    SHAREHOLDER.COM, INC.,

    By its attorneys,

    /s/ John T. Bennett

    Thane D. Scott (BBO #449340)
    Ruth T. Dowling (BBO #645568)
    John T. Bennett (BBO # 648464)
    PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, MA 02199
    (617) 239-0100

June 21, 2004