UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct Report Corp.
Plaintiff,

      V.                                          Civil Action Number
                                                 04-10535-PBS

CCBN.com, et al
Defendant.                                           June 17, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/1/05

Plaintiff's expert designation deadline: 3/1/05

Defendant's expert designation deadline: 4/1/05

Expert discovery deadline: 5/1/05

Summary Judgment Motion filing deadline: 6/1/05

Opposition to Summary Judgment Motions: 6/15/05

Hearing on Summary Judgment or Pretrial Conference: 7/15/05 at 2:00 p.m.

Case to be referred to Mediation program: October, 2004

                                                              By the Court,

                                                            /s/ Robert C. Alba
                                                           Deputy Clerk