UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION, dba
SHAREHOLDER.COM,
    Plaintiff,

v.   CIVIL ACTION
    04-CV-10535-PBS

CCBN.COM, et al,
    Defendants.

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 10:30 a.m. on Tuesday, October 5, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

    By:  s/ Barbara Clarke
    Barbara Clarke (617) 748-9275
    (Available Only Tuesday, Wednesday
    and Thursday) or call
    George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
July 7, 2004