UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION<br>d/b/a SHAREHOLDER.COM,<br><br>          Plaintiff,<br><br>     v.<br><br>CCBN.COM, INC.,<br>THE THOMSON CORPORATION,<br>JOHN DOES 1 THROUGH 5, and<br>JANE DOES 1 THROUGH 5,<br><br>          Defendants. | Civil Action No. 04-10535-PBS |

## DEFENDANTS CCBN.COM, INC. AND THE THOMSON CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

Defendants CCBN.com, Inc. and The Thomson Corporation hereby oppose Plaintiff's Motion to Dismiss Defendants' Counterclaims (the "Motion") on the ground that the Motion is rendered moot by the Answer and Amended Counterclaims filed this day, a copy of which is attached hereto at Tab A.

CCBN.COM, INC., and
THE THOMSON CORPORATION

By their attorneys,

*[signature]*

Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 10, 2004

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of August, 2004, a true and correct copy of the above and foregoing instrument was served upon counsel for plaintiff by first class mail.

*[signature]*
David M. Moss

LIBA/1404651.1