UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct Report Corporation
        Plaintiff,                                        CIVIL ACTION
                                                          NO.   04-10535-PBS

v.

CCBN.Com, et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                     September 13, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss Defendants' Counterclaims on **October 20, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                    By the Court,

                                                                            /s/ Robert C. Alba
                                                                            Deputy Clerk

Copies to:  All Counsel