UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5, <br><br> Defendants. | Civil Action <br> No. 04-10535 PBS |

**NOTICE OF WITHDRAWAL OF MOTION OF SHAREHOLDER.COM TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Shareholder.com hereby withdraws its Motion to Dismiss Defendants'

Counterclaims, as filed and served on defendants on July 27, 2004.  Accordingly, the

motion hearing scheduled for October 20, 2004, is unnecessary.

Respectfully submitted,
SHAREHOLDER.COM, INC.,
By its attorneys,


/s/ Ruth T. Dowling
Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

October 4, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be
served upon the attorney of record for each other party by mail on
October 4, 2004.

_____