UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION, dba
SHAREHOLDER.COM,
    Plaintiff,

v.                                              CIVIL ACTION
                                                04-CV-10535-PBS

CCBN.COM, et al,
    Defendants.

## **REVISED** NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been **re**scheduled for a MEDIATION with principals present at 10:00 a.m. on Thursday, December 16, 2004 before Magistrate Judge Dein in Courtroom 15 on the fifth floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201. A Confidential Mediation Memorandum, addressing each party's position on the merits of the case and on settlement, shall be faxed five business days prior to the Mediation to Magistrate Judge Dein's chambers at (617) 748-4585.

                                                By: /s/ Barbara Clarke
                                                Barbara Clarke (617) 748-9275
                                                (Available Only Tuesday, Wednesday
                                                and Thursday)

To: ALL COUNSEL OF RECORD
October 26, 2004