UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM,
                      Plaintiff,

v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 through 5,
and JANE DOES 1 through 5,
                      Defendants.

Civil Action No. 04-10535 PBS

## PLAINTIFF SHAREHOLDER.COM'S MOTION TO IMPOUND ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Memorandum in Support of its Motion to Compel Production of Documents until further order of the Court. Impoundment is necessary due to the defendants' "Confidential" designation of its Supplemental Interrogatory Answers, which are discussed within and attached as an exhibit to Plaintiff's Memorandum. Under the parties Stipulated Protective Order (attached hereto as Exhibit A), documents filed with the Court containing information designated "Confidential" must be accompanied by a motion for impoundment.

Plaintiff reserves its right to object to defendant's designation pursuant to ¶ 6 of the Protective Order.

Respectfully submitted,

SHAREHOLDER.COM, INC.,

By its attorneys,

Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO # 648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

November 29, 2004

2