# PALMER & DODGE LLP

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

JOHN BENNETT
617.239.0670
jbennett@palmerdodge.com

December 9, 2004

United States Magistrate Judge Judith G. Dein
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re: ***Direct Report Corporation d/b/a Shareholder.com* v. *CCBN.com, Inc., et al.***
**No. 04-10535 PBS**

Dear Magistrate Judge Dein:

    Mediation in the above referenced case is currently scheduled for December 16, 2004. The parties agree that discovery in this case has not yet progressed to a point where a settlement conference would be productive. Scheduling critical depositions has proved difficult and Shareholder's motion to compel the production of documents is pending. Therefore, the parties jointly request that the mediation be rescheduled for a date in February 2005.

    Sincerely,

    John T. Bennett

cc:  Anthony S. Fiotto
      Thane D. Scott
      Ruth T. Dowling