UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5, <br><br> Defendants. | Civil Action No. 04-10535-PBS |

## DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S ASSENTED-TO MOTION TO IMPOUND THEIR OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") submit this Assented-To Motion to Impound their Opposition to plaintiff Direct Report Corporation d/b/a/ Shareholder.com's ("Shareholder") Motion to Compel Production of Documents until further order of the Court.

Impoundment is necessary because defendants' Opposition contains references to, and attaches excerpts from, transcripts of deposition that must be treated as "Highly Confidential" under the terms of the Stipulated Protective Order (attached as Exhibit A). Plaintiff has assented to this Motion.

Respectfully submitted,

CCBN.COM, INC. and THE THOMSON CORPORATION,

By its attorneys,

*/s/ Anthony S. Fiotto*

Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

DATED: December 13, 2004

LIBA/1439078.1