## ROBERT ADLER

Date of Issue: 27NOV04

E-Ticket Confirmation/Record Locator:
EGDAQX

Itinerary

Receipt

Notify me of flight delays or cancellations

Fare Notice

Thank you for choosing American Airlines/American Eagle, a member of the oneworld Alliance.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, log on to AA.com or go to the link http://www.aa.com/airportexpectations.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using FLIGHT CHECK-IN at AA.COM between 1 and 24 hours prior to flight time. You may also use the SELF SERVICE CHECK-IN machine at the airport 1 to 12 hours prior to flight time on your day of departure. Use the E-Ticket confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport. See the ENDORSEMENT section below for fare rules pertaining to your ticket.

**Date:**
    20DEC - MONDAY

**Flight :**
    AMERICAN AIRLINES
    983

**Departure:**
    BOSTON
    7:20 AM

**Arrival:**
    MIAMI INTERNTNL
    10:45 AM

    ROBERT ADLER

    COACH
    FF#: AA P1E2310