UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, JANE DOES 1 through 5,<br>　　　　　　　　Defendants. | Civil Action<br>No. 04-10535 PBS |

## PLAINTIFF SHAREHOLDER.COM'S MOTION TO COMPEL CERTAIN DOCUMENTS FROM THE OFFICE OF THE ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS

Plaintiff Shareholder.com respectfully requests that this Court order the Attorney General for the Commonwealth of Massachusetts to produce all documents within the scope of the subpoena served by Shareholder.com with the exception of documents containing internal attorney communications or attorney work-product. Shareholder.com has set forth the reasons why such relief is appropriate in its accompanying memorandum of law.

Pursuant to Local Rule 7.1, plaintiff's counsel certifies that they conferred with defendants' counsel and were unable to resolve the issues presented in this motion.

Respectfully submitted,

_____
Thane D. Scott (BBO# 449340)
Ruth T. Dowling (BBO# 645568)
John T. Bennett (BBO# 648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

December 23, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on December 23, 2004.

_____

- 2 -