UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, JANE DOES 1 through 5,<br>　　　　　　　　Defendants. | Civil Action<br>No. 04-10535 PBS |

## PLAINTIFF SHAREHOLDER.COM'S
## MOTION TO COMPEL INTERROGATORY ANSWERS

Plaintiff Shareholder.com respectfully requests that the Court (1) reject defendants' objections to Plaintiff's First Set of Interrogatories; and (2) order complete, detailed responses to each interrogatory. Shareholder.com has set forth the reasons why such relief is appropriate in its accompanying memorandum of law.

Pursuant to Local Rule 7.1, plaintiff's counsel certifies that they conferred with defendants' counsel and were unable to resolve the issues presented in this motion.

### REQUEST FOR ORAL ARGUMENT.

Shareholder hereby requests oral argument on its motion.

Respectfully submitted,

_____
Thane D. Scott (BBO# 449340)
Ruth T. Dowling (BBO# 645568)
John T. Bennett (BBO# 648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

December 30, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on December 30, 2004.

_____