UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, JANE DOES 1 through 5, <br><br> Defendants. | Civil Action No.  04-10535 PBS |

**PLAINTIFF SHAREHOLDER.COM'S MOTION TO IMPOUND ITS EMERGENCY MOTION FOR CONTEMPT AND/OR DISCOVERY SANCTIONS AND TO COMPEL THE DEPOSITION OF ROBERT ADLER**

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Emergency Motion for Contempt and/or Discovery Sanctions and to Compel the Deposition of Robert Adler.  Impoundment is necessary due to a document containing "Confidential" information, which is discussed within and attached as an exhibit to Plaintiff's Emergency Motion.  Under the parties Stipulated Protective Order (attached hereto as Exhibit A), documents filed with the Court containing information designated "Confidential" or "Highly Confidential" must be accompanied by a motion for impoundment.

Respectfully submitted,

Thane D. Scott (BBO# 449340)
Ruth T. Dowling (BBO# 645568)
John T. Bennett (BBO# 648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be
served upon the attorney of record for each other party by hand on
January 7, 2005.