UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>        Plaintiff,<br><br> v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>        Defendants. | Civil Action<br>No. 04-10535 PBS |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Plaintiff Shareholder.com ("Shareholder") moves for entry of an order allowing attorney Jacob Frank to appear as "Of Counsel" on its behalf *pro hac vice*. Pursuant to Local Rule 83.5.3, this motion is brought by a member of the bar of this Court, who has filed an appearance on behalf of the plaintiff. In support of its motion, Shareholder submits the accompanying affidavit of Mr. Frank and states as follows:

1. Mr. Frank is Of Counsel with the Alliance Law Group (ALG) of Tysons Corner in Virginia and Of Counsel with Harrity & Snyder in Fairfax, Virginia.

2. Mr. Frank is an active member of the bar of the highest court of the Commonwealth of Virginia.

3. Mr. Frank is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the bar of the highest court of the

Commonwealth of Virginia, the bar of the highest court of the District of Columbia, and the bar of the highest court of the Commonwealth of Massachusetts.

4. Mr. Frank is currently registered as an inactive attorney in the Commonwealth of Massachusetts. Given Mr. Frank's inactive status in Massachusetts, Shareholder, in an abundance of caution, moves for Mr. Frank's admission *pro hac vice*.

5. There are no disciplinary proceedings pending against Mr. Frank as a member of the bar of any jurisdiction.

6. Mr. Frank is familiar with the local rules of the United States District Court for the District of Massachusetts.

WHEREFORE, this motion for admission *pro hac vice* should be allowed.

Respectfully submitted,
SHAREHOLDER.COM, INC.,
By its attorneys,

/s/ John T. Bennett
Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on January 10, 2005.

_____/s/ John T. Bennett_____

- 3 -