# EXHIBIT A

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM, <br>        Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5, <br>        Defendants. | Civil Action <br> No. 04-10535 PBS |

### AFFIDAVIT OF JACOB FRANK

1. I am an active member of the bar in the Commonwealth of Virginia, and Of Counsel with the Alliance Law Group (ALG) in Tysons Corner, Virginia and Harrity & Snyder in Fairfax, Virginia.

2. I am also admitted to practice in the Commonwealth of Massachusetts and the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, including the Commonwealth of Virginia, the Commonwealth of Massachusetts, and the District of Columbia.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury.

                                                   /s/ Jacob Frank
                                                Jacob Frank (Virginia Bar #46148)

January 10, 2005