UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>         Plaintiff,<br><br>  v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, JANE DOES 1 through 5,<br>         Defendants. | Civil Action<br>No. 04-10535 PBS |

**PLAINTIFF SHAREHOLDER.COM'S
LOCAL RULE 7.1. CERTIFICATION**

On January 7, 2005, Shareholder.com filed an Emergency Motion for Contempt and/or Discovery Sanctions and to Compel the Deposition of Robert Adler. While Shareholder.com believed, based on correspondence received from Mr. Adler's counsel, that the parties could not further narrow the issues in dispute prior to the filing of the emergency motion, counsel for Mr. Adler indicated by letter dated January 10, 2005 that he believed further discussion was warranted. As a result, counsel for Shareholder.com contacted counsel by telephone on January 10, 2005 to again request that Mr. Adler be immediately produced for a deposition and counsel for Adler refused the request. Pursuant to Local Rule 7.1, counsel for Shareholder.com certifies that they conferred with counsel for Robert Adler and were unable to resolve the issues presented in that motion.

- 2 -

          Respectfully submitted,

          /s/   Ruth T. Dowling

          _____
          Thane D. Scott (BBO# 449340)
          Ruth T. Dowling (BBO# 645568)
          John T. Bennett (BBO# 648464)
          PALMER & DODGE LLP
          111 Huntington Avenue
          Boston, MA 02199
          (617) 239-0100

January 11, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on January 11, 2005.

_____/s/ Ruth T. Dowling _____