UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5, <br><br> Defendants. | Civil Action No. 04-10535-PBS |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion to Extend Discovery Deadline, the Court finds the motion well-taken and it is hereby GRANTED. The deadlines set forth in the June 17, 2004 Scheduling Order are hereby amended as follows:

Fact Discovery deadline: 4/1/05

Plaintiff's expert designation deadline: 5/1/05

Defendant's expert designation deadline: 6/1/05

Expert discovery deadline: 7/1/05

Summary Judgment Motion filing deadline: 8/1/05

Opposition to Summary Judgment Motions: 8/15/05

Hearing on Summary Judgment or Pretrial Conference: 9/15/05 at 2:00 p.m.

SO ORDERED:

_____
United States District Judge

Dated: _____, 2005

LIBA/1442477.1