UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>CCBN.COM, INC., THE THOMSON )<br>CORPORATION, JOHN DOES 1 )<br>THROUGH 5, AND JANE DOES 1 )<br>THROUGH 5, )<br>)<br>Defendants. ) | Civil Action No. 04-10535-PBS |

### WITNESS ROBERT ADLER'S ASSENTED-TO MOTION TO IMPOUND HIS OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR CONTEMPT AND/OR DISCOVERY SANCTIONS AND TO COMPEL HIS DEPOSITION

Nonparty witness Robert Adler ("Adler") hereby submits this Assented-To Motion to Impound his Opposition to Plaintiff's Emergency Motion for Contempt and/or Discovery Sanctions and to Compel his Deposition and all documents being submitted therewith. Impoundment is necessary because Adler's opposition contains references to matters that might be covered by the Stipulated Protective Order issued by this Court, which Adler does not want to violate. Additionally, impoundment of Adler's opposition would be only logical since Plaintiff's motion already has been impounded.

ROBERT ADLER,

By his attorneys,

_____
Richard J. McCarthy (BBO 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

January 11, 2005

## CERTIFICATE OF SERVICE

I certify that on this 11th day of January, 2005, I caused a copy of the foregoing to be delivered to John Bennett, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, and Anthony S. Fiotto, Goodwin Procter LLP, Exchange Place, Boston, MA 02109 by hand.

_____
Mark B. Dubnoff