**SEALED ORDER PENDING**