UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM,
                       Plaintiff,

v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 through 5,
and JANE DOES 1 through 5,
                       Defendants.

Civil Action
No. 04-10535-PBS

## ASSENTED TO MOTION FOR LEAVE TO REPLY TO WITNESS ROBERT ADLER'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR CONTEMPT AND/OR DISCOVERY SANCTIONS AND TO COMPEL ADLER'S DEPOSITION

Pursuant to Local Rule 7.1(B)(3), plaintiff Shareholder.com (Shareholder) moves for leave to file a reply to Witness Robert Adler's Opposition to Plaintiff's Emergency Motion for Contempt and/or Discovery Sanctions and to Compel Adler's Deposition. In support of this motion, Shareholder states that Robert Adler raises issues in his opposition concerning the urgency of Shareholder's emergency motion and its obligations under Local Rule 7.1. Shareholder seeks to respond to these issues, and the court will benefit from a full discussion. Counsel for Mr. Adler assents to the relief requested in this

motion. Given the emergency relief requested, Shareholder files its reply together with this motion in the event that the Court grants the relief requested herein.

Respectfully submitted,

/s/ Thane D. Scott

Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on January 14, 2005.

/s/ Thane D. Scott

### LOCAL RULE 7.1 CERTIFICATE

Counsel for Plaintiff Shareholder.com certifies that it conferred in good faith with counsel for witness Robert Adler. Counsel for Mr. Adler assents to the relief requested in this motion.

/s/ Thane D. Scott