UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 25 P 4:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, JANE DOES 1 through 5, <br><br> Defendants. | Civil Action <br> No. 04-10535 PBS |

### ASSENTED TO MOTION TO IMPOUND SHAREHOLDER.COM'S OPPOSITION TO ROBERT ADLER'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Opposition to Robert Adler's Motion for a Protective Order. Impoundment is necessary due to "Confidential" information discussed within Plaintiff's Opposition. Under the parties Stipulated Protective Order (attached hereto as Exhibit A), documents filed with the Court containing information designated "Confidential" must be

accompanied by a motion for impoundment. The defendants do not oppose the relief requested in this motion.

Respectfully submitted,

*/s/ Ruth T. Dowling* /M.A.
Thane D. Scott (BBO# 449340)
Ruth T. Dowling (BBO# 645568)
John T. Bennett (BBO# 648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 25, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party and counsel for Robert Adler by hand on January 25, 2005.

*/s/ Ruth T. Dowling* /M.A.