UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 31 P 4: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>                              Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                              Defendants. | Civil Action<br>No. 04-10535-PBS |

**PLAINTIFF SHAREHOLDER.COM'S ASSENTED TO
MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.1(B)(3), plaintiff Shareholder.com (Shareholder) moves for leave to file a reply brief in support of its Motion to Compel Production of Documents. In support of this motion, Shareholder states that defendants raise new issues in their opposition to Shareholder.com's motion that require a further explanation of Shareholder.com's position. Furthermore, facts developed in discovery conducted after the filing of Shareholder.com's initial brief support Shareholder.com's arguments and should be brought to the attention of the Court. The court will benefit from a full discussion of the issues raised in Shareholder.com's reply brief.

Respectfully submitted,

_____
Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

January 31, 2005

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on January 31, 2005.

_____

### LOCAL RULE 7.1 CERTIFICATE

Counsel for Plaintiff Shareholder.com certifies that it conferred in good faith with defendants' counsel regarding the merits of this motion. Defendants counsel assents to the relief requested in this motion.

_____

- 2 -