UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7  P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>    Plaintiff,<br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>    Defendants. | Civil Action No. 04-10535-PBS |

### ASSENTED-TO MOTION TO IMPOUND WITNESS ADLER'S MOTION FOR LEAVE TO FILE REPLY BRIEF AND RELATED DOCUMENTS

Nonparty witness Robert Adler ("Adler") hereby submits this Assented-To Motion to Impound his Motion for Leave to File a Reply Brief in Support of his Motion for a Protective Order and all documents related thereto, including the Reply Brief. Impoundment is necessary because Adler's reply brief contains references to matters that might be covered by the Stipulated Protective Order issued by this Court, which Adler does not want to violate.

ROBERT ADLER,
By his attorneys,

/s/ Mark B. Dubnoff

Richard J. McCarthy (BBO 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

February 7, 2005

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2005, I caused a copy of the foregoing to be delivered to John Bennett, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, and Anthony S. Fiotto, Goodwin Procter LLP, Exchange Place, Boston, MA 02109 by hand.

_____
Mark B. Dubnoff