UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br>        Plaintiff,<br><br>  v.<br><br>CCBN.COM, INC. , THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>        Defendants. | Civil Action<br>No.  04-10535-PBS |

[PROPOSED] **ORDER**

The Court ORDERS the Office of the Attorney General for the Commonwealth of Massachusetts to produce to Anthony S. Fiotto of Goodwin Procter LLP, Exchange Place, Boston, MA 02109 and Thane Scott of Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199 (the "parties' counsel") all documents within the scope of the August 20, 2004 subpoena served by Shareholder.com, with the exception of documents containing internal attorney communications or attorney work-product.  The documents shall be treated as "Highly Confidential" under the parties' Stipulated Protective Order for five business days from the date both parties receive the documents. During that five-day period, each party shall have the opportunity to make appropriate confidentiality designations under the Stipulated Protective Order.  This Order orders the Attorney General to produce the above-referenced documents only to the parties' counsel, and neither requires nor authorizes the Attorney General to produce or otherwise

- 2 -

make available such documents to any other person.  The parties agree that this Order should issue.

| GOODWIN PROCTER LLP | PALMER & DODGE LLP |
|---|---|
| /s/ Anthony S. Fiotto (MA) <br> Anthony S. Fiotto (BBO #558089) <br> David M. Moss (BBO #649707) <br><br> Exchange Place <br> Boston, MA  02109-2881 <br> (617) 570-1000 <br><br> *Counsel for Defendants* | /s/ John T. Bennett____ <br> Thane D. Scott (BBO #449340) <br> Ruth T. Dowling (BBO #645568) <br> John T. Bennett (BBO #648464) <br><br> 111 Huntington Avenue <br> Boston, MA 02199 <br> (617) 239-0100 <br><br> *Counsel for Plaintiff* |

SO ORDERED:

_____
Honorable Joyce London Alexander
United States Magistrate Judge

Dated:_____
         Boston, Massachusetts