# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170   Richard J. McCarthy
617.951.2230
rmccarthy@edwardsangell.com

FILED
IN CLERKS OFFICE
2005 FEB 14 P 4:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

February 14, 2005

**By Hand**

Rex Brown
Clerk to United States Magistrate Judge
The Honorable Joyce London Alexander
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA  02210

> Re: <u>Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc., et al.</u>
> Civil Action No. 04-10535-PBS

Dear Sir:

I am writing with regard to last Thursday's hearing before Magistrate Judge Alexander on various discovery motions in the above-captioned case. As you will recall, there was an apparent mix-up regarding an undocketed motion: The January 11, 2005 Motion for a Protective Order that was filed by witness Robert Adler ("Adler").

As a result you asked for a listing of the filings made in connection with this motion. We provided an oral summary, which I am now confirming. In total, Magistrate Judge Alexander should have received four different sets of filings on this motion: (1) the initial motion and memorandum of January 11; (2) Plaintiff's opposition to the motion on January 19; (3) the Defendants' response to the motion on January 25; and (4) Adler's reply brief and motion for leave to file same on February 7, 2005. For your convenience I am enclosing the documents identified.

Following the hearing, I received electronic notification of a docket entry, not numbered, concerning the hearing. Those notes referenced several different motions, but did not expressly reference Adler's Motion for a Protective Order. I, therefore, am writing to confirm that Adler's Motion for a Protective Order was argued at the hearing. Because Mr. Adler's deposition is now set for March 4, 2005, a decision on Adler's Motion for a Protective Order prior to that date would be of great assistance to the taking of this discovery.

Very truly yours,

*/s/ Richard J. McCarthy*
Richard J. McCarthy

Enclosures
cc: Clerk for United States District Judge Patti B. Saris (w/o enclosures)
    Thane D. Scott, Esq. (w/o enclosures)
    Anthony S. Fiotto, Esq. (w/o enclosures)

BOS_477924_1
BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON