GOODWIN | PROCTER

David M. Moss
617.570.1794
dmoss@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

February 22, 2005

The Honorable Judith G. Dein
United States Magistrate Judge
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:   **Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc., et al.**
      **United States District Court, D. Mass. Civil Action No. 04-10535-PBS**

Dear Magistrate Judge Dein:

We represent defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") in the above-referenced matter, which is scheduled for mediation on March 2, 2005. The parties agree that, due to the current posture of the case, the mediation would not be productive. Defendants believe that a postponement is warranted for the following three reasons. First, plaintiff recently moved for leave to file a second amended complaint, which if granted will add a new, separately-represented defendant to the case. Second, there are a number of discovery motions pending before Magistrate Judge Alexander concerning the scope of document discovery, and until those motions are decided the parties are unlikely to make progress on settlement. Third, there are several key depositions that have not yet been completed, which likewise adds uncertainty to the substance of the parties' settlement positions.

Accordingly, CCBN and Thomson request, with the assent of plaintiff, that the mediation be rescheduled for a date after the close of fact discovery on April 1, 2005.

Respectfully submitted,

*/s/ David M. Moss*

David M. Moss

cc:   Ruth T. Dowling, Esq. (by facsimile)
      Anthony S. Fiotto, Esq.