# PALMER & DODGE LLP

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

FILED
IN CLERK'S OFFICE

2005 FEB 28 P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

RUTH T. DOWLING
617.239.0657
rdowling@palmerdodge.com

February 28, 2005

Robert Alba
Clerk to United States District Judge
The Honorable Patti B. Saris
United States District Court for the
District of Massachusetts
U.S. Court House
One Court House Way
Boston, MA 02210

Re:   ***Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc., et al.***
      **Civil Action No. 04-10535-PBS**

Dear Mr. Alba:

On February 15, 2005, Plaintiff Shareholder.com filed its (1) Motion for Leave to Amend the Complaint, (2) Memorandum in Support of its Motion for Leave to Amend the Complaint and (3) Motion to Impound its Motion for Leave to Amend the Complaint, Memorandum in Support of its Motion for Leave to Amend the Complaint, and Second Amended Complaint.

The Motion for Leave to Amend to the Complaint seeks to substitute Robert Adler for one of the John Doe defendants. Mr. Adler and his counsel have been aware for several weeks that Shareholder.com planned to name Mr. Adler in place of one of the John Does. Mr. Adler was served with the original Complaint in March 2004, and he has been aware of, and involved in, this litigation over the past several months.

Only this morning, counsel for Shareholder.com learned that defendants CCBN.com and the Thomson Corporation intend to oppose Shareholder.com's Motion for Leave to Amend the Complaint partly on the basis that Shareholder.com did not comply with Local Rule 15.1. Although Shareholder.com merely seeks to substitute Mr. Adler for one of the John Does and Mr. Adler and his counsel were privy to the motion before it was filed, Shareholder.com, in an abundance of caution, has served Mr. Adler's counsel by hand today with a copy of the Motion for Leave to Amend the Complaint and accompanying documents filed with the Court on February 15, 2005.

Robert Alba
February 28, 2005
Page 2

Please do not hesitate to contact me if you have any questions.

Sincerely,

*S/ Ruth Dowling*

Ruth T. Dowling


cc:     Anthony S. Fiotto
        Richard J. McCarthy