UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br>                     Plaintiff,<br><br>       v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                     Defendants. | Civil Action<br>No. 04-10535-PBS |

**ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), plaintiff Shareholder.com moves for leave to file a reply to defendants CCBN.com and the Thomson Corporation's Opposition to Plaintiff's Motion for Leave to Amend the Complaint. In the event Robert Adler files a response to Plaintiff's Motion for Leave to Amend the Complaint warranting a reply, Shareholder.com seeks leave to consolidate its arguments in a single reply brief. In support of this motion, Shareholder.com states defendants' opposition makes unsupported allegations of prejudice and undue delay, and raises a procedural objection that has since been resolved by the parties and Mr. Adler. Shareholder.com seeks to respond to these issues, and the court will benefit from a full discussion. Counsel for defendants and Mr. Adler assent to the relief requested in this motion.

Respectfully submitted,

/s/ Ruth T. Dowling
_____

- 2 -

                                                        Thane D. Scott (BBO #449340)
                                                        Ruth T. Dowling (BBO #645568)
                                                        John T. Bennett (BBO #648464)
                                                        PALMER & DODGE LLP
                                                        111 Huntington Avenue
                                                        Boston, MA 02199
                                                        (617) 239-0100

March 16, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on March 16, 2005.

_____/s/ Ruth T. Dowling_____

LOCAL RULE 7.1 CERTIFICATE

Counsel for Plaintiff Shareholder.com certifies that it conferred in good faith with counsel for defendants and Robert Adler.  Counsel for defendants and Mr. Adler assent to the relief requested in this motion.

_____/s/ Ruth T. Dowling_____