UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5, <br><br> Defendants. | Civil Action No. 04-10535-PBS |

### [~~PROPOSED~~] ORDER

The parties' Joint Motion to Extend Discovery Deadline is hereby GRANTED as follows:

Fact discovery deadline: 6/1/05

Submission of expert reports on claims/counterclaims as to which party bears

burden of proof: 7/1/05

Rebuttal expert reports: 8/1/05

Expert discovery deadline: 9/1/05

Summary Judgment Motion filing deadline: 10/3/05

Opposition to Summary Judgment Motions: 10/17/05

Hearing on Summary Judgment or Pretrial Conference: __11/3/05 AT 2:00 P.M.__

SO ORDERED:

_/s/ Paul B. Saris_
United States District Judge

Dated: 3/18, 2005

LIBA/1515175.3