UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5 and JANE DOES 1 THROUGH 5,<br>　　　　　　　　　　Defendants. | Civil Action<br>No. 04-10535-PBS |

**JOINT MOTION TO RESCHEDULE THE MEDIATION CONFERENCE**

　　　　Plaintiff Shareholder.com and defendants CCBN.com and the Thomson Corporation respectfully submit this Joint Motion to Reschedule the Mediation Conference. The parties request that the Court reschedule the mediation to take place on a date after May 23, 2005. In support of this motion, the parties state as follows:

　　　　(1)　　the mediation is currently scheduled for April 29, 2005;

　　　　(2)　　Shareholder.com's client representative is unable to attend the mediation on April 29th because he will be on his honeymoon from April 24 to May 23, 2005;

　　　　(3)　　the parties have agreed on several alternative mediation dates, including June 1, 2, 8 or 9.

For these reasons, the parties respectfully request that the Court reschedule the mediation conference to a date after May 23, 2005, and if possible, to one of the alternative dates listed above.

| | |
|---|---|
| GOODWIN PROCTER LLP | PALMER & DODGE LLP |
| /s/ David M. Moss (MA) | /s/ John T. Bennett |
| Anthony S. Fiotto (BBO #558089)<br>David M. Moss (BBO #649707) | Thane D. Scott (BBO #449340)<br>Ruth T. Dowling (BBO #645568)<br>John T. Bennett (BBO #648464) |
| Exchange Place<br>Boston, MA  02109-2881<br>(617) 570-1000 | 111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

March 28, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by hand on March 28, 2005.

_____/s/ John T. Bennett_____