UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>                    Plaintiff,<br><br>    v.<br><br>CCBN.COM, THE THOMSON CORPORATION, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                    Defendants. | Civil Action<br>No. 04-10535 PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Melissa C. Allison of Palmer & Dodge LLP on behalf of the plaintiff Direct Report Corporation d/b/a Shareholder.com. Thane D. Scott, Ruth T. Dowling and John T. Bennett of Palmer & Dodge LLP also will continue to represent the plaintiff.

                                          Respectfully submitted,

                                          /s/ Melissa C. Allison
                                          _____
                                          Thane D. Scott (BBO #449340)
                                          Ruth T. Dowling (BBO #645568)
                                          John T. Bennett (BBO #648464)
                                          Melissa C. Allison (BBO #657470)
                                          PALMER & DODGE LLP
                                          111 Huntington Avenue
                                          Boston, MA 02199
                                          (617) 239-0100

April 5, 2005