FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR 28 P 4:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECT REPORT CORPORATION d/b/a )
SHAREHOLDER.COM, )
        Plaintiff, )
v. )   Civil Action No. 04-10535-PBS
)
CCBN.COM, INC., THE THOMSON )
CORPORATION, JOHN DOES 1 )
THROUGH 5, AND JANE DOES 1 )
THROUGH 5, )
        Defendants. )

## ROBERT ADLER'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Robert Adler ("Adler"), by and through his attorneys, hereby opposes the motion by Plaintiff Direct Report Corporation d/b/a Shareholder.com ("Shareholder") to amend its First Amended Complaint by substituting Adler for one of the "John Doe" defendants. As set forth more fully in a supporting memorandum, permitting Shareholder to add Adler as a defendant at this time would unduly prejudice Adler's right to defend himself.

ROBERT ADLER,

By his attorneys,

Richard J. McCarthy (BBO 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 3/28/2005

March 28, 2005