UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>                Plaintiff,<br><br>                v.<br><br>CCBN.COM, INC.,<br>THE THOMSON CORPORATION,<br>JOHN DOES 1 through 5, and<br>JANE DOES 1 through 5,<br><br>                Defendants. | Civil Action No. 04-10535 PBS |

**DEFENDANTS CCBN.COM, INC. AND THE THOMSON CORPORATION'S
EMERGENCY MOTION FOR A PROTECTIVE ORDER
TO QUASH NOTICE OF DEPOSITION DIRECTED AT OPPOSING COUNSEL**

Defendants CCBN.com, Inc. and The Thomson Corporation (collectively, "CCBN") respectfully move this Court for a protective order quashing the deposition notice of CCBN's in-house counsel, Nicandra L. Nassar, Esq., for the reasons set forth in the accompanying Memorandum of Law.

Plaintiff served the notice of deposition of Ms. Nassar on April 11, 2005, and noticed the deposition for April 27, 2005. Three days later, CCBN notified plaintiff that it planned to seek a protective order and requested a Local Rule 7.1 and 37.1 conference, which took place on April 15 and April 19, 2005. CCBN is forced to bring this as an emergency motion because, despite CCBN's request that plaintiff agree to an adjournment of the deposition date sufficient to permit the Court's consideration of this motion under Local Rule 7.1, plaintiff has refused to agree to any adjournment, and has insisted that the deposition go forward on April 27, 2005. CCBN must therefore seek emergency relief in order to resolve this matter prior to April 27.

Respectfully submitted,

GOODWIN PROCTER LLP


/s/ David M. Moss
Anthony S. Fiotto (BBO #558089)
David M. Moss (BBO #649707)
Karin M. Bell (BBO #654242)
Exchange Place
53 State Street
Boston, MA  02109-2881
(617) 570-1000

Counsel for Defendants CCBN.COM, INC. and THE THOMSON CORPORATION


Dated:   April 21, 2005


### LOCAL RULE 7.1(A)(2) and 37.1 CERTIFICATE

I, David M. Moss, hereby certify pursuant to Local Rule 7.1(A)(2) and 37.1 that I conferred in good faith via telephone (on April 15 and 19, 2005) with John T. Bennett, Esq., counsel for Plaintiff, in an attempt to resolve or narrow the issues presented in this Motion for a Protective Order.  The parties were unable to reach any agreement on the issues raised herein.

/s/ David M. Moss
David M. Moss


### CERTIFICATE OF SERVICE

This is to certify that on this 21st day of April 2005 a true and correct copy of the above and foregoing instrument was served via hand delivery to John T. Bennett, Esq. Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613.

/s/ David M. Moss
David M. Moss


LIBA/1531665.1