GOODWIN | PROCTER

David M. Moss
617.570.1794
dmoss@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

April 14, 2005

**By Facsimile**

John T. Bennett, Esq.
Palmer & Dodge LLP
111 Huntington Avenue
Prudential Center
Boston, MA 02199-7613

Re:   Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc., et al
      Civil Action No. 04-cv-10535-PBS

Dear John:

We received Shareholder's deposition notices of Andy Augustine and Nicandra Nassar. Mr. Augustine is not available on April 26, but he is available on April 29. Please let me know if that date works for Shareholder; if not, we will need to look at dates in May. As to the notice directed at Ms. Nassar, we plan to file a motion for protective order to quash the deposition notice no later than Tuesday of next week, and we request a telephonic meet and confer with you tomorrow to discuss the notice. We presume that Shareholder would want time to respond to our anticipated motion, and would therefore be agreeable to postponing the deposition until the Court has had an opportunity to hear the issue. Please let me know your availability for a call tomorrow on this issue.

Very truly yours,

David M. Moss

cc:   Anthony S. Fiotto, Esq.