UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>　　　　　Defendants. | Civil Action No. 04-10535-PBS |

### DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S MOTION TO IMPOUND THEIR REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR EMERGENCY MOTION FOR A PROTECTIVE ORDER

　　Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") submit this Motion to Impound Their Reply Memorandum of Law in Support of Their Emergency Motion for a Protective Order.

　　Impoundment is necessary because defendants' Reply Memorandum of Law contains excerpts from responses to plaintiff's Second Set of Interrogatories Propounded to Defendants that have been designated as "Confidential," which requires a motion for impoundment under the terms of the Stipulated Protective Order (attached as Exhibit A).

2

        Respectfully submitted,

        CCBN.COM, INC. and THE THOMSON CORPORATION,

        By its attorneys,

        /s/ David M. Moss
        Anthony S. Fiotto (BBO #558089)
        David M. Moss (BBO #649707)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts  02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231

DATED: April 25, 2005

LIBA/1533498.1