# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

**Richard J. McCarthy**
617.951.2230
rmccarthy@edwardsangell.com

March 14, 2005

## VIA FACSIMILE (617) 227-4420) AND FIRST CLASS MAIL

Thane D. Scott, Esquire
Palmer & Dodge LLP
111 Huntington Avenue
 At Prudential Center
Boston, MA 02199-7613

## VIA FACSIMILE (617) 523-1231 AND FIRST CLASS MAIL

Anthony S. Fiotto, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA  02109

Re:   Direct Report Corporation d/b/a Shareholder.com v. CCBN.com, Inc., et al.,
       Civil Action No. 04-10535-PBS

Dear Thane and Tony:

To assist you in determining how you may wish to proceed, my comments with respect to the matters raised in Thane Scott's March 10, 2005 letter addressed to Tony and me may be helpful.

We would not be in a position to participate in depositions prior to an order by the Court determining whether Mr. Adler is to be a party to this action. Among other things, we would need the benefit of all prior document and deposition discovery in order to prepare for, and participate meaningfully in, any depositions. The time and expense that such an effort would require would necessarily preclude any depositions next week (since I will be on vacation for most of this week). Nor would my client authorize me to spend the time required when he is not a party to the above-referenced action.

BOSTON I FT. LAUDERDALE I HARTFORD I NEW YORK I PROVIDENCE I SHORT HILLS, NJ I STAMFORD I WEST PALM BEACH I WILMINGTON I LONDON

BOS_481430_1/RMCCARTHY

Edwards & Angell LLP

March 14, 2005
Page 2.

Hopefully the above comments will assist you and Tony in determining how you wish to proceed.

Very truly yours,

Richard J. McCarthy

RJM/clv