UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION<br>d/b/a/ SHAREHOLDER.COM,<br><br>Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON<br>CORPORATION, JOHN DOES 1 THROUGH<br>5, and JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535-PBS |

### [PROPOSED] ORDER

The parties' Joint Motion to Extend Discovery Deadline is hereby GRANTED as follows:

Fact discovery deadline: 6/1/05

Submission of expert reports on claims/counterclaims as to which party bears

burden of proof: 7/1/05

Rebuttal expert reports: 8/1/05

Expert discovery deadline: 9/1/05

Summary Judgment Motion filing deadline: 10/3/05

Opposition to Summary Judgment Motions: 10/17/05

Hearing on Summary Judgment or Pretrial Conference: 11/3/05 AT 2:00 P.M.

SO ORDERED:

_____
United States District Judge

Dated: 3/18, 2005

LIBA/1515175.3

4