UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, <br><br>Plaintiff, <br><br>v. <br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 04-10535-PBS |

**DEFENDANT ROBERT ADLER'S ASSENTED-TO MOTION FOR
LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR A
PROTECTIVE ORDER, OR, ALTERNATIVELY, TO QUASH
PLAINTIFF'S SUBPOENAS TO INSPECT HIS PERSONAL COMPUTERS**

Defendant Robert Adler ("Adler"), by and through his attorneys, hereby moves for leave to file a short reply brief in support of his motion for a protective order, or, alternatively to quash plaintiff's subpoenas to inspect his personal computers. In support of this motion, Adler states that counsel for both Plaintiff Direct Report Corporation d/b/a Shareholder.com ("Shareholder") and Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") have assented to this motion. The reply brief will be filed by Friday June 10, 2005.

**CERTIFICATION OF COMPLIANCE WITH L.R. 7.1(a)(2)**

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for Plaintiff Direct Report Corporation d/b/a Shareholder.com ("Plaintiff") and counsel for Defendants CCBN.com, Inc. and The Thompson Corporation ("Defendants") have assented to this motion.

ROBERT ADLER,

By his attorneys,

/s/ Mark B. Dubnoff
Richard J. McCarthy (BBO 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
Tel. (617) 439-4444
Fax (617) 439-4170

June 3, 2005