UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION<br>d/b/a/ SHAREHOLDER.COM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CCBN.COM, INC., THE THOMSON<br>CORPORATION, ROBERT I. ADLER, JOHN<br>DOES 1 THROUGH 5, and JANE DOES 1<br>THROUGH 5,<br><br>　　　　Defendants. | Civil Action No. 04-10535-PBS |

**DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S
ASSENTED-TO MOTION FOR LEAVE TO FILE RESPONSE TO
PLAINTIFF SHAREHOLDER.COM'S OPPOSITION TO
<u>DEFENDANT ADLER'S MOTION FOR PROTECTIVE ORDER</u>**

　　　　Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation (collectively, "CCBN") submit this Assented-To Motion for Leave to File Response to Plaintiff Shareholder.com's ("Shareholder's") Opposition to Defendant Adler's Motion for Protective Order (the "Opposition"). In support of the motion, CCBN states as follows:

1. The Opposition contains allegations directed at CCBN concerning the disposition of computers used by defendant Adler. CCBN seeks leave to file a short reply (submitted herewith) to address those allegations.

2. Counsel for both plaintiff Shareholder and defendant Adler assent to the relief requested in this motion.

Accordingly, CCBN respectfully requests that this Court grant their Assented-To Motion for Leave to File Response to Plaintiff Shareholder.com's Opposition to Defendant Adler's Motion for Protective Order.

>Respectfully submitted,
>
>CCBN.COM, INC. and THE THOMSON CORPORATION,
>
>By their attorneys,
>
>/s/ David M. Moss
>Anthony S. Fiotto (BBO #558089)
>David M. Moss (BBO #649707)
>Karin M. Bell (BBO #654242)
>GOODWIN PROCTER LLP
>Exchange Place
>Boston, Massachusetts  02109-2881
>Telephone: (617)  570-1000
>Facsimile: (617)  523-1231

DATED:  June 15, 2005

### LOCAL RULE 7.1A(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for CCBN conferred on June 14, 2005 with counsel for plaintiff and for Mr. Adler, and all counsel assented to the relief requested in this Motion.

>/s/ David M. Moss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>    Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>    Defendants. | Civil Action No. 04-10535-PBS |

### **[PROPOSED] ORDER**

Having considered Defendants CCBN.com, Inc.'s and The Thomson Corporation's Assented-To Motion for Leave to File Response to Plaintiff Shareholder.com's Opposition to Defendant Robert Adler's Motion for Protective Order, the Court finds the motion well-taken and it is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2005

LIBA/1557360.1