UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>    Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>    Defendants. | Civil Action No. 04-10535-PBS |

**DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S MOTION TO IMPOUND THEIR RESPONSE TO PLAINTIFF SHAREHOLDER.COM'S OPPOSITION TO <u>DEFENDANT ADLER'S MOTION FOR A PROTECTIVE ORDER</u>**

Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation (collectively, "CCBN") submit this Assented-To Motion to Impound CCBN's Response to Plaintiff Shareholder.com's Opposition to Defendant Adler's Motion for a Protective Order (the "Response").

Impoundment is necessary because the Response contains references to, and attaches copies of, documents produced by defendants that have been designated as "Confidential" under the terms of the Stipulated Protective Order (attached as Exhibit A).

2

        Respectfully submitted,

        CCBN.COM, INC. and THE THOMSON CORPORATION,

        By its attorneys,

        /s/ David M. Moss
        Anthony S. Fiotto (BBO #558089)
        David M. Moss (BBO #649707)
        Karin M. Bell (BBO #654242)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts  02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231

DATED: June 15, 2005

**LOCAL RULE 7.1A(2) CERTIFICATION**

      Pursuant to Local Rule 7.1(A)(2), counsel for CCBN conferred with counsel for plaintiff and for Mr. Adler in a good faith effort.  Counsel for Mr. Adler assents to the motion, but counsel for plaintiff does not assent to the motion.

        /s/ David M. Moss

LIBA/1557440.1