UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM ,

        Plaintiff,

   v.

CCBN.COM, INC., THE THOMSON
CORPORATION, ROBERT I. ADLER, JOHN
DOES 1 through 5 and JANE DOES 1 through 5,

        Defendants.

Civil Action No.  04-10535-PBS

## REQUEST FOR ORAL ARGUMENT

Shareholder.com hereby requests oral argument on its Motion to Compel

Defendants CCBN.com and the Thomson Corporation to Conduct Searches of

CCBN.com's Electronic Back-up Tapes [Docket No. 139].

                  SHAREHOLDER.COM
                  By its attorneys,


                  /s/  Melissa C. Allison
                  Thane Scott (BBO #449340)
                  Ruth T. Dowling (BBO #645568)
                  John T. Bennett (BBO #648464)
                  Melissa C. Allison (BBO #657470)
                  PALMER & DODGE LLP
                  111 Huntington Avenue at Prudential Center
                  Boston, MA  02199-7613
                  617.239.0100

June 21, 2005