UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM , <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 through 5 and JANE DOES 1 through 5, <br><br> Defendants. | Civil Action No.  04-10535-PBS |

**ASSENTED TO MOTION TO IMPOUND SHAREHOLDER.COM'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION TO CONDUCT SEARCHES OF CCBN.COM'S ELECTRONIC BACK-UP TAPES**

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Memorandum in Support of its Motion to Compel Defendants CCBN.com and The Thomson Corporation to Conduct Searches of CCBN.com's Electronic Back-up Tapes, which is being delivered by hand to the Court today. The memorandum discusses and attaches excerpts of defendants' Focus database that have been designated as "Highly Confidential" under the Stipulated Protective Order in this case. *See* Docket No. 37. Under that Order, Shareholder.com is required to seek impoundment of any documents filed with the Court containing "Confidential" or "Highly Confidential" information. *See id.* at ¶ 14. Shareholder accordingly moves for

impoundment.  Counsel for defendants CCBN.com and the Thomson Corporation assents to this motion.

        SHAREHOLDER.COM
        By its attorneys,

        /s/   Melissa C. Allison
        Thane Scott (BBO #449340)
        Ruth T. Dowling (BBO #645568)
        John T. Bennett (BBO# 648464)
        Melissa C. Allison (BBO #657470)
        PALMER & DODGE LLP
        111 Huntington Avenue at Prudential Center
        Boston, MA  02199-7613
        617.239.0100

June 20, 2005

LOCAL RULE 7.1 CERTIFICATE

Counsel for Shareholder.com certifies that counsel for CCBN.com and The Thomson Corporation has assented to this motion.

    ____/s/ Melissa C. Allison_____