UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>    Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>    Defendants. | Civil Action No. 04-10535-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## ATTORNEY DAVID M. MOSS

Please withdraw pursuant to Local Rule 83.5.2(c) the appearance of David M. Moss as one of the counsel for Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation (collectively, "CCBN") in the above-captioned matter.

Anthony S. Fiotto of Goodwin Procter LLP shall continue his appearance as counsel of record for CCBN.

        Respectfully submitted,

        CCBN.COM, INC. and THE THOMSON CORPORATION,

        By their attorneys,

        /s/ David M. Moss
        Anthony S. Fiotto (BBO #558089)
        David M. Moss (BBO #649707)
        Karin M. Bell (BBO #654242)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231

DATED: June 24, 2005

LIBA/1560189.1