UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION<br>d/b/a/ SHAREHOLDER.COM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CCBN.COM, INC., THE THOMSON<br>CORPORATION, JOHN DOES 1 THROUGH<br>5, and JANE DOES 1 THROUGH 5,<br><br>　　　　Defendants. | Civil Action No. 04-10535-PBS |

**ASSENTED-TO MOTION TO EXTEND TIME TO
OPPOSE PLAINTIFF SHAREHOLDER.COM'S MOTION TO
COMPEL DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION
TO CONDUCT SEARCHES OF CCBN.COM'S ELECTRONIC BACK-UP TAPES**

　　　　Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") hereby move for an extension of time in which they may oppose Plaintiff Shareholder.com's Motion to Compel Defendants CCBN.com and the Thomson Corporation to Conduct Searches of CCBN.Com's Electronic Back-up Tapes from July 5, 2005 to and including July 12, 2005. Plaintiff Direct Report Corporation d/b/a/ Shareholder.com ("Shareholder"), by and through its counsel Ruth T. Dowling, Esq., has assented to this motion.

2

Dated: June 29, 2005

Respectfully submitted,

GOODWIN PROCTER LLP


_____/s/  Jennifer L. Chunias_____
Anthony S. Fiotto (BBO# 558089)
Jennifer L. Chunias (BBO# 644980)
Karin M. Bell (BBO# 654242)

Exchange Place
Boston, MA  02109-2881
(617) 570-1000

*Counsel for Defendants*


ASSENTED TO:

PALMER & DODGE LLP


_____/s/ JLC_____
Thane D. Scott (BBO# 449340)
Ruth T. Dowling (BBO# 645568)
John T. Bennett (BBO# 648464)
Melissa C. Allison (BBO#657470)

111 Huntington Avenue
Boston, MA  02199
(617) 239-0657

*Counsel for Plaintiff*


LIBA/1562165.1