UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION d/b/a
SHAREHOLDER.COM,

Plaintiff,

v.

CCBN.COM, INC, THE THOMSON
CORPORATION, ROBERT I. ADLER, JOHN
DOES 1 through 5 and JANE DOES 1 through 5,

Defendants.

Civil Action No.  04-10535 PBS

## ASSENTED-TO MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), plaintiff Shareholder.com moves for leave to

file a sur-reply to the Reply Brief submitted by defendant Robert Adler ("Adler")

supporting his Motion for a Protective Order, or Alternatively, to Quash Plaintiff's

Subpoenas to Inspect his Personal Computers.  In support of this motion,

Shareholder.com states that defendant Adler's reply brief misrepresents

Shareholder.com's arguments in opposition to his motion for a protective order.

Shareholder.com seeks to refute Adler's distorted account of Shareholder.com's position,

and the court will benefit from a full discussion.  Shareholder.com is filing its sur-reply

brief by hand today in the event that the Court decides to grant this motion.  Counsel for

182207.1

1

2

Mr. Adler and the corporate defendants assent to the relief requested in this motion.

SHAREHOLDER.COM
By its attorneys:

/s/ Melissa C. Allison

_____
Thane D. Scott (BBO #449340)
Ruth T. Dowling (BBO #645568)
John T. Bennett (BBO #648464)
Melissa C. Allison (BBO #657470)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

July 6, 2005

LOCAL RULE 7.1 CERTIFICATE

Counsel for Shareholder.com certifies that counsel for
each of the defendants has assented to this motion.

_____/s/ Melissa C. Allison_____