UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>　　　　Defendants. | Civil Action No. 04-10535-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jennifer L. Chunias of Goodwin Procter LLP as counsel for defendants in the above-captioned matter.

　　　　　　　　　　　　　　　　　　CCBN.COM, INC. and THE THOMSON
　　　　　　　　　　　　　　　　　　CORPORATION,

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　/s/　Jennifer L. Chunias
　　　　　　　　　　　　　　　　　　Anthony S. Fiotto (BBO #558089)
　　　　　　　　　　　　　　　　　　David M. Moss (BBO #649707)
　　　　　　　　　　　　　　　　　　Karin M. Bell (BBO #654242)
　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02109-2881
　　　　　　　　　　　　　　　　　　Telephone: (617)  570-1000
　　　　　　　　　　　　　　　　　　Facsimile: (617)  523-1231

DATED:  July 8, 2005

LIBA/1560927.1