UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION
d/b/a/ SHAREHOLDER.COM,

       Plaintiff,

      v.

CCBN.COM, INC., THE THOMSON
CORPORATION, ROBERT I. ADLER, JOHN
DOES 1 THROUGH 5, and JANE DOES 1
THROUGH 5,

       Defendants.

Civil Action No. 04-10535-PBS

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Karin M. Bell of

Goodwin Procter LLP as counsel for defendants in the above-captioned matter.


        CCBN.COM, INC. and THE THOMSON
        CORPORATION,

        By their attorneys,


         /s/   Karin M. Bell
        Anthony S. Fiotto (BBO #558089)
        David M. Moss (BBO #649707)
        Karin M. Bell (BBO #654242)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts  02109-2881
        Telephone: (617)  570-1000
        Facsimile: (617)  523-1231

DATED:  July 8, 2005

LIBA/1564257.1