UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>      Plaintiff,<br><br>      v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>      Defendants. | Civil Action No. 04-10535-PBS |

**DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S MOTION TO IMPOUND THEIR OPPOSITION TO PLAINTIFF SHAREHOLDER.COM'S MOTION TO COMPEL DEFENDANTS CCBN.COM AND THOMSON CORPORATION TO <u>CONDUCT SEARCHES OF CCBN.COM'S ELECTRONIC BACKUP TAPES</u>**

Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") (collectively, "Defendants") submit this Motion to Impound their Opposition to Plaintiff Shareholder.com's Motion to Compel Defendants CCBN.com and Thomson Corporation to Conduct Searches of CCBN.com's Electronic Backup Tapes (the "Opposition").

Impoundment is necessary because the Opposition contains references to, and attaches copies of, documents produced by defendants that have been designated as "Highly Confidential" under the terms of the Stipulated Protective Order (attached as Exhibit A).

2

        Respectfully submitted,

        CCBN.COM, INC. and THE THOMSON CORPORATION,

        By its attorneys,

        /s/ Jennifer L. Chunias
        Anthony S. Fiotto (BBO #558089)
        Jennifer L. Chunias (BBO #644980)
        Karin M. Bell (BBO #654242)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231

DATED: July 12, 2005

**LOCAL RULE 7.1A(2) CERTIFICATION**

    Pursuant to Local Rule 7.1(A)(2), counsel for Defendants conferred with counsel for Plaintiff in a good faith effort. Counsel for Plaintiff does not assent to the motion.

        /s/ Jennifer L. Chunias

LIBA/1565140.1