UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM<br><br>Plaintiff,<br><br>vs.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 through 5, and JANE DOES 1 through 5<br>Defendants. | Civil Action No. 04-10535-PBS |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney of record on behalf of Direct Report Corporation d/b/a Shareholder.com.

Dated: August 18, 2005

Respectfully submitted,

By: /s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO#177240)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

3973106v1