

## PALMER & DODGE LLP
111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

MELISSA C. ALLISON
DIRECT DIAL: 617.239.0522
DIRECT FAX: 617.227.4420
mallison@palmerdodge.com

August 19, 2005

**By Hand**

Mr. Thomas Quinn
Clerk to the Honorable Judith G. Dein
Magistrate Judge
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse, Suite 6410
1 Courthouse Way
Boston, MA 02110

Re:   *Direct Report Corporation d/b/a Shareholder.com* v. *CCBN.com, Inc., et al.*
      Civil Action No. 04-10535-PBS

Dear Mr. Quinn :

I write to confirm that the mediation conference in the above referenced matter has been rescheduled for September 6, 2005 at 10:00 am. Please do not hesitate to contact me if you have any questions.

Sincerely,

Melissa Allison

Melissa C. Allison

MCA/MCA
cc:   Mr. Ronald Gruner **(via facsimile and first class mail)**
      Anthony S. Fiotto **(via facsimile and first class mail)**
      Richard J. McCarthy **(via facsimile and first class mail)**