UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5, )<br>)<br>Defendants. ) | Civil Action No. 04-10535-PBS |

**DEFENDANT ADLER'S MOTION TO IMPOUND HIS MOTION FOR ADDITIONAL TIME TO DEPOSE PLAINTIFF'S OFFICERS AND OTHER KEY WITNESSES AND SUPPORTING MEMORANDUM**

Defendant Robert Adler ("Adler"), with the assent of counsel for Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson"), hereby moves to impound his Motion To Impound His Motion For Additional Time To Depose Plaintiff's Officers And Other Key Witnesses and Supporting Memorandum. Impoundment is necessary because Adler's motion and memorandum contain references to matters that are covered by the Stipulated Protective Order issued by this Court, which Adler does not want to violate.

ROBERT ADLER,

By his attorneys,

/s/ Mark B. Dubnoff
Richard J. McCarthy (BBO 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

September 16, 2005

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for Adler has attempted to communicate with counsel for the other named parties in good faith to resolve the issues presented in this motion. Counsel for co-defendants agreed to impoundment. Counsel for Plaintiff has withheld his assent to this motion.

/s/ Mark B. Dubnoff
Mark B. Dubnoff
