# EXHIBIT 2



"Scott, Thane"
&lt;TScott@palmerdodge.com&gt;
09/19/2005 05:11 PM

To: "Fiotto, Anthony S" &lt;afiotto@goodwinprocter.com&gt;
cc: &lt;rmccarthy@ealaw.com&gt;, "Dowling, Ruth" &lt;RDowling@palmerdodge.com&gt;, "Allison, Melissa" &lt;mallison@palmerdodge.com&gt;
Subject: RE: scheduling

Yes, I think we're all on board. I nominate Rich to draft the joint motion, since it was initially his idea.

> **From:** Fiotto, Anthony S [mailto:afiotto@goodwinprocter.com]
> **Sent:** Monday, September 19, 2005 11:29 AM
> **To:** Scott, Thane
> **Cc:** rmccarthy@ealaw.com
> **Subject:** scheduling
>
> Thane, are you ok with my proposal? I think I saw an email from Rich that he's on board.

This message is sent from a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.