# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

—————————————————————

DIRECT REPORT CORPORATION d/b/a )
SHAREHOLDER.COM,                 )
                                 )
          Plaintiff,             )
                                 )
v.                               )          Civil Action No. 04-10535-PBS
                                 )
CCBN.COM, INC., THE THOMSON      )
CORPORATION, ROBERT I. ADLER,    )
JOHN DOES 1 THROUGH 5,           )
AND JANE DOES 1 THROUGH 5,       )
                                 )
          Defendants.            )
—————————————————————

## MODIFIED SCHEDULING ORDER

Saris, D.J.,

Fact discovery other than depositions noticed by September 30: 10/01/05

All non-expert depositions noticed by September 30: 10/31/05.

Submission of expert reports on claims/counterclaims as to which party bears burden of

proof: 11/7/05.

Rebuttal expert reports 12/15/05.

Expert discovery deadline: 1/30/06.

Summary Judgment Motions filing deadline: 2/28/06.

Oppositions to Summary Judgment filing deadline: 3/21/06.

Hearing on Summary Judgment or Final Pretrial Conference: 04/18/06 at 2 p.m.


                              By the Court


                              Deputy Clerk