UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECT REPORT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10535-PBS |
| CCBN.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE SARIS

[  ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   July 14, 2005 and September 6, 2005  , I held the following ADR proceeding:

        _____   SCREENING CONFERENCE      _____   EARLY NEUTRAL EVALUATION

        __X__   MEDIATION      _____   SUMMARY BENCH/JURY TRIAL

        _____   MINI-TRIAL      _____   SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[  ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress, but the parties have requested that mediation be suspended at this time and that the case be restored to your trial list.  Further mediation may be productive when discovery is completed.

[  ]  Suggested strategy to facilitate settlement:

_____
_____

           / s / Judith Gail Dein
           Judith Gail Dein, U.S. Magistrate Judge
DATED:  September 29, 2005          ADR Provider