UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>Plaintiff,<br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Peter E. Gelhaar and Donnelly Conroy & Gelhaar, LLP, One Beacon Street, Boston, MA 02108, as counsel for Defendant Robert I. Adler, in the above-captioned proceeding.

ROBERT I. ADLER

By his attorneys,

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO #188310)
DONNELLY CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated:  October 3, 2005