UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>        Plaintiff,<br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>        Defendants. | Civil Action No. 04-10535-PBS |

### NOTICE OF APPEARANCE

Please enter the appearance of Michael S. D'Orsi and Donnelly Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as counsel for Defendant Robert I. Adler, in the above-captioned proceeding.

        ROBERT I. ADLER

        By his attorneys,

        /s/ Michael S. D'Orsi
        Michael S. D'Orsi (BBO #566960)
        DONNELLY CONROY & GELHAAR, LLP
        One Beacon Street, 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880

Dated: October 3, 2005