UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>Plaintiff,<br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-10535-PBS |

## ASSENTED-TO MOTION OF DEFENDANT
## ROBERT I. ADLER'S COUNSEL TO WITHDRAW AS COUNSEL

For the reasons set forth below, Richard J. McCarthy, Mark B. Dubnoff, and Edwards & Angell, LLP hereby move to withdraw as counsel for Robert I. Adler ("Adler") in the above-captioned action.

1.    On September 29, 2005, Edwards & Angell, LLP announced its agreement to merge with Palmer & Dodge LLP, which is the law firm representing plaintiff Direct Report Corporation d/b/a Shareholder.com ("Shareholder"). The merger of these two firms presents a conflict of interest in the continuing representation of either Shareholder or Adler.

2.    Peter E. Gelhaar, Michael S. D'Orsi and Paula M. McManus of the law firm, Donnelly Conroy & Gelhaar, LLP, are succeeding Edwards & Angell, LLP as counsel for defendant Adler in this action, and have entered their notices of appearance on Adler's behalf.

3.    Mr. Adler consents to the withdrawal of Edwards & Angell, LLP, and its attorneys from this case.

4.    Counsel for all other named parties have assented to the withdrawal of Edwards & Angell, LLP, and its attorneys from this case.

5.    Edwards & Angell, LLP, is proceeding by motion because, under Local R. 83.5.2(c)(2), leave of court is required since there are motions pending.

WHEREFORE, Richard J. McCarthy, Mark B. Dubnoff, and Edwards & Angell, LLP respectfully request that they be permitted to withdraw as counsel for Adler in the above-captioned action.

/s/ Richard J. McCarthy
/s/ Mark B. Dubnoff
Richard J. McCarthy (BBO # 328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444

October 3, 2005

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for Adler has communicated with counsel for the other parties in the above-captioned action and that all parties have assented to the within Motion to Withdraw as Counsel.

/s/ Richard J. McCarthy
Richard J. McCarthy (BBO #328600)
Mark B. Dubnoff (BBO # 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

October 3, 2005

BOS_Adler_Shareholder -- Motion to Withdraw as Counsel/MDUBNOFF