UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br>                            Plaintiff,<br>    v.<br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 through 5, and JANE DOES 1 through 5,<br>                            Defendants. | Civil Action No. 04-10535-PBS |

**ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to L.R. 83.5.2(c), Thane D. Scott, Ruth T. Dowling, John T. Bennett and Melissa C. Allison of Palmer & Dodge LLP hereby move for leave to withdraw their appearances in this matter on behalf of Plaintiff Shareholder.com. On September 29, 2005, Palmer & Dodge LLP and Edwards & Angell LLP announced the merger of the two firms. This merger creates a conflict of interest in the continuing representation of Shareholder.com by Palmer & Dodge and the continuing representation of defendant Adler by Edwards & Angell. Robert S. Frank, Jr. of Choate, Hall & Stewart and Jacob Frank of Alliance Law Group LLC will continue to represent the plaintiff. Shareholder.com and the other parties to this action have been advised of and consent to this motion for leave to withdrawal.

260500.1

- 2 -

                    /s/ Thane D. Scott
                    /s/ Ruth T. Dowling
                    /s/ John T. Bennett
                    <u>/s/ Melissa C. Allison</u>
                    Thane D. Scott (BBO #449340)
                    Ruth T. Dowling (BBO #645568)
                    John T. Bennett (BBO #648464)
                    Melissa C. Allison (BBO #657470)
                    PALMER & DODGE LLP
                    111 Huntington Avenue
                    Boston, MA 02199
                    (617) 239-0100

October 4, 2005

LOCAL RULE 7.1 CERTIFICATE

Counsel for Shareholder.com has conferred with counsel for the defendants and all parties assent to this motion.

           ____/s/ Melissa C. Allison_____