UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a ) <br> SHAREHOLDER.COM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CCBN.COM, INC., THE THOMSON ) <br> CORPORATION, ROBERT I. ADLER, ) <br> JOHN DOES 1 THROUGH 5, ) <br> AND JANE DOES 1 THROUGH 5, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 04-10535-PBS |

**PLAINTIFF SHAREHOLDER.COM'S MOTION TO IMPOUND
SHAREHOLDER.COM'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Motion to Compel Production of Documents, which is being delivered by hand to the Court today. The motion discusses and attaches excerpts of deposition transcripts and documents that have been designated as "Confidential" under the Stipulated Protective Order in this case. *See* Docket No. 37. Under that Order, Shareholder.com is required to seek impoundment of any documents filed with the Court containing "Confidential" or "Highly Confidential" information. *See id.* at ¶ 14. Shareholder accordingly moves for impoundment.

3990086v1

Respectfully submitted,

DIRECT REPORT CORPORATION
d.b.a. SHAREHOLDER.COM
By its attorneys,

/s/ Robert S. Frank, Jr.
_____
Robert S. Frank, Jr. (BBO# 177240)
Carlos Perez-Albuerne (BBO# 640446)
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000

Dated: September 30, 2005

- 2 -

3990086v1

## CERTIFICATE OF SERVICE

I, Carlos Perez-Albuerne, hereby certify that a true copy of this document was served by hand on this 30th day of September, 2005 upon Defendants, CCBN.com and the Thompson Corporation by delivering a copy of same to:

> Anthony S. Fiotto
> David M. Moss
> Goodwin Procter, LLP
> Exchange Place
> Boston, MA 02109
> 617-570-1324
> Fax: 617-523-1231

and by hand to Defendant, Robert Adler:

> Richard J. McCarthy
> Mark B. Dubnoff
> Edwards & Angell, LLP
> 101 Federal Street
> Boston, MA 02110
> 617-439-4444
> Fax: 617-439-4170

_____
Carlos Perez-Albuerne

3990103v1