UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10535-PBS |

**PLAINTIFF SHAREHOLDER.COM'S MOTION TO IMPOUND ITS OPPOSITION T[ DEFENDANT ADLER'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS OF PERSONS PREVIOUSLY DEPOSED BY DEFENDANT CCBN.COM**

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of it

Shareholder.com Opposition to Defendant Adler's Motion For Leave To Take Additional

Depositions of Persons Previously Deposed By Defendant CCBN.com, which is being delivere

by hand to the Court today. The motion discusses and attaches excerpts of deposition transcript

that have been designated as "Highly Confidential" under the Stipulated Protective Order in this

case. *See* Docket No. 37. Under that Order, Shareholder.com is required to seek impoundmen

of any documents filed with the Court containing "Confidential" or "Highly Confidential"

information. *See id.* at ¶ 14. Shareholder accordingly moves for impoundment.

Respectfully submitted,

DIRECT REPORT CORPORATION
d.b.a. SHAREHOLDER.COM
By its attorneys,

Robert S. Frank, Jr.  (BBO# 177240)
Carlos Pérez-Albuerne (BBO# 640446)
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000

Dated:  September 30, 2005

- 2 -

3990096v1

## CERTIFICATE OF SERVICE

I, Carlos Perez-Albuerne, hereby certify that a true copy of this document was served by hand on this 30th day of September, 2005 upon Defendants, CCBN.com and the Thompson Corporation by delivering a copy of same to:

> Anthony S. Fiotto
> David M. Moss
> Goodwin Procter, LLP
> Exchange Place
> Boston, MA 02109
> 617-570-1324
> Fax: 617-523-1231

and by hand to Defendant, Robert Adler:

> Richard J. McCarthy
> Mark B. Dubnoff
> Edwards & Angell, LLP
> 101 Federal Street
> Boston, MA 02110
> 617-439-4444
> Fax: 617-439-4170

_____
Carlos Perez-Albuerne