UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM, <br><br> Plaintiff, <br><br> v. <br><br> CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5, <br><br> Defendants. | Civil Action No. 04-10535-PBS |

## ORDER

The defendants shall forthwith deliver all back-up tapes that may contain CCBN e-mails or other documents generated between June 1, 2001 and June 30, 2004 to a vendor designated by the plaintiff. The vendor shall not view the contents of any document but shall (1) identify all documents generated during the time period described above which contain any of the search terms designated by the plaintiff, and (2) deliver to the defendants copies of all such documents. The defendants shall produce all such documents within ten business days of their receipt from the vendor, excluding only documents as to which a privilege is asserted.

The plaintiff shall identify search terms to be used within five business days of this Order. The vendor's activities may be monitored by the defendants to assure compliance with this Order. This Order is without prejudice to the defendants' right to object to the vendor designated by the plaintiff on the ground that the vendor lacks independence.

_____
Joyce London Alexander
United States Magistrate Judge

Entered: October        , 2005

3993858v1