# EXHIBIT G

**WILLIAMS LEA**
corporate information solutions

**GOODWIN PROCTER LLP**

INCOMING BY HANDS LOG

TIME IN

| DATE | RECEIVED FROM | ADDRESSED TO | TIME IN | TIME OT | DELIVERED BY |
|---|---|---|---|---|---|
| 9/30 | Hewlett Packard | A. Dwyer | 1:07 | | |
| | ABW firm | Accounting PC | 1:18 | 1:28 | |
| | Chaig Costas | S. Mg | | | |
| 3 boxes | Boston Ordenary | PBR Counsel | | | |
| | Lexis Nexis | L. Carter/Madeira ZK | | 3:39 | |
| | Facemax | Amot | 3:39 | | |
| | | L. Warner | | | |
| | | L. Mike | | | |
| | Fabron | J. Ewrenk | 3:04 | 3:00 | |
| | Framedata | | | | |
| | Court Calendar | | | | |
| | TA Assoc | Honora | 4:00 | 4:00 | KH |
| | | S. Perry | 4:34 | | |
| | UT Corp | S. Kelly | 4:14 | | |
| | EMC | | 7:33 | | |
| 10-1 | Chato | A. Fiotto | | | |
| | DHL - G. Martine | A. Fiotto MD | 10:55 | 11:00 | |
| 10-2 | | A. Medoglio | 10: | | |

Williams Lea

Rev 04/2005