UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>            Plaintiff,<br><br>      v.<br><br>CCBN.COM, INC.,<br>THE THOMSON CORPORATION,<br>ROBERT I. ADLER, JOHN DOES 1 through 5, and<br>JANE DOES 1 through 5,<br><br>           Defendants. | Civil Action No. 04-10535-PBS |

**DEFENDANTS CCBN.COM AND THE THOMSON CORPORATION'S NOTICE OF WITHDRAWAL OF THEIR (1) MOTION TO IMPOUND THEIR MOTION TO COMPEL SHAREHOLDER.COM TO PRODUCE THEIR ARCHIVAL COPIES OF THE SHAREHOLDER MANAGEMENT SYSTEM AND (2) MOTION TO COMPEL SHAREHOLDER.COM TO PRODUCE THEIR <u>ARCHIVAL COPIES OF THE SHAREHOLDER MANAGEMENT SYSTEM</u>**

PLEASE TAKE NOTICE that Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") (collectively, "Defendants") hereby withdraw, without prejudice, their (1) Motion To Impound Their Motion To Compel Shareholder.Com To Produce Their Archival Copies Of The Shareholder Management System and (2) Motion To Compel Shareholder.com To Produce Their Archival Copies Of The Shareholder Management System filed on October 31, 2005.

LIBA/1645722.1

Respectfully submitted,

CCBN.COM, INC.
and THE THOMSON CORPORATION,

By its attorneys,


/s/ Jennifer L. Chunias
Anthony S. Fiotto (BBO #558089)
Jennifer L. Chunias (BBO #644980)
Karin M. Bell (BBO #654242)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Dated: November 11, 2005