UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a ) <br> SHAREHOLDER.COM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CCBN.COM, INC., THE THOMSON ) <br> CORPORATION, ROBERT I. ADLER, ) <br> JOHN DOES 1 THROUGH 5, ) <br> AND JANE DOES 1 THROUGH 5, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-10535-PBS |

**PLAINTIFF SHAREHOLDER.COM'S MOTION
TO IMPOUND SHAREHOLDER.COM'S MOTION TO COMPEL
THE RESUMPTION OF THE DEPOSITION OF ANDREW AUGUSTINE**

Pursuant to Local Rule 7.2, Plaintiff Shareholder.com moves for the impoundment of its Motion to Compel The Resumption Of The Deposition Of Andrew Augustine, which is being delivered by hand to the Court today. The motion discusses and attaches documents and excerpts of deposition transcripts that have been designated as "Highly Confidential" under the Stipulated Protective Order in this case. *See* Docket No. 37. Under that Order, Shareholder.com is required to seek impoundment of any documents filed with the Court containing "Confidential" or "Highly Confidential" information. *See id.* at ¶ 14. Shareholder accordingly moves for impoundment.

3990086v1

>Respectfully submitted,
>
>DIRECT REPORT CORPORATION
>d.b.a. SHAREHOLDER.COM
>By its attorneys,
>
>/s/ Robert S. Frank, Jr.
>Robert S. Frank, Jr.  (BBO# 177240)
>Carlos Perez-Albuerne (BBO# 640446)
>CHOATE, HALL & STEWART
>Two International Place
>Boston, MA 02110
>(617) 248-5000

Dated: December 21, 2005

3990086v1