UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Direct Report Corp.

          Plaintiff,                  CIVIL ACTION
                                         NO.   04-10535-PBS

        v.

CCBN.com, et al

          Defendants.

**NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                   December 28, 2005

       The Summary Judgment Motion Hearing / Pretrial Conference previously scheduled for April 18, 2006, has been **rescheduled** to **April 25, 2006, at 3:00 p.m.**

                                  By the Court,

                                    /s/ Robert C. Alba
                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc