UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIRECT REPORT CORPORATION
d/b/a/ SHAREHOLDER.COM,

        Plaintiff,

    v.

CCBN.COM, INC., THE THOMSON
CORPORATION, JOHN DOES 1 THROUGH
5, and JANE DOES 1 THROUGH 5,

        Defendants.

Civil Action No. 04-10535-PBS

## ASSENTED-TO MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF SHAREHOLDER.COM'S MOTION TO COMPEL THE RESUMPTION OF THE DEPOSITION OF ANDREW AUGUSTINE

Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") hereby move for an extension of time in which they may oppose Plaintiff Shareholder.com's Motion to Compel The Resumption Of The Deposition Of Andrew Augustine from January 6, 2006 to and including January 13, 2006. Plaintiff Direct Report Corporation d/b/a/ Shareholder.com ("Shareholder"), by and through its counsel Robert Frank, Esq., has assented to this motion.

Dated: December 30, 2005              Respectfully submitted,


CCBN.COM, INC. and THE THOMSON
CORPORATION,

By its attorneys,


/s/ Jennifer L. Chunias
Anthony S. Fiotto (BBO #558089)
Jennifer L. Chunias (BBO #644980)
Karin M. Bell (BBO #654242)
GOODWIN PROCTER  LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617)  570-1000
Facsimile: (617)  523-1231


**ASSENTED TO:**

DIRECT REPORT CORPORATION

d/b/a SHAREHOLDER.COM

By its attorneys,

/s/ Robert S. Frank, Jr. /JLC
Robert S. Frank, Jr. (BBO#177240)
Carlos Perez-Albuerne (BBO#640446)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Ph:     (617) 248-5000
Fx:     (617) 248-4000


LIBA/1663471.1

2