UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

)
DIRECT REPORT CORPORATION d/b/a )
SHAREHOLDER.COM, )
)
       Plaintiff, )
)
v. )    Civil Action No. 04-10535-PBS
)
CCBN.COM, INC., THE THOMSON )
CORPORATION, ROBERT I. ADLER, )
JOHN DOES 1 THROUGH 5, )
AND JANE DOES 1 THROUGH 5, )
)
       Defendants. )
)

---

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND
TO PLAINTIFF SHAREHOLDER.COM'S MOTION TO COMPEL
THE RESUMPTION OF THE DEPOSITION OF ANDREW AUGUSTINE
AND MOTION TO COMPEL THE THOMSON CORPORATION
TO PROVIDE RULE 30(b)(6) TESTIMONY REGARDING CERTAIN SUBJECTS**

     Defendant Robert I. Adler hereby moves for an extension of time in which he may

respond to Plaintiff Shareholder.Com's Motion To Compel The Resumption Of The Deposition

Of Andrew Augustine and Motion To Compel The Thomson Corporation To Provide Rule

30(B)(6) Testimony Regarding Certain Subjects until January 11, 2006. Plaintiff Direct Report

Corporation d/b/a Shareholder.com, by and through its counsel, has assented to this motion.

                        ROBERT I. ADLER

                        By his attorneys,

                        /s/ Paula M. McManus
                        Peter E. Gelhaar (BBO #188310)
                        Michael S. D'Orsi (BBO #566960)
                        Paula M. McManus (BBO #648029)
                        DONNELLY CONROY & GELHAAR, LLP
                        One Beacon Street, 33rd Floor
                        Boston, Massachusetts 02108
                        (617) 720-2880

Dated: January 4, 2006