UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a/ SHAREHOLDER.COM,<br><br>      Plaintiff,<br><br>    v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, JOHN DOES 1 THROUGH 5, and JANE DOES 1 THROUGH 5,<br><br>      Defendants. | Civil Action No. 04-10535-PBS |

**ASSENTED-TO MOTION TO EXTEND TIME TO
OPPOSE PLAINTIFF SHAREHOLDER.COM'S MOTION TO
COMPEL DEFENDANT THE THOMSON CORPORATION TO PROVIDE
<u>RULE 30(B)(6) TESTIMONY REGARDING CERTAIN SUBJECT MATTERS</u>**

Defendants CCBN.com, Inc. ("CCBN") and The Thomson Corporation ("Thomson") hereby move for an extension of time in which they may oppose Plaintiff Shareholder.com's Motion to Compel Defendant The Thomson Corporation To Provide Rule 30(b)(6) Testimony Regarding Certain Subject Matters from January 4, 2006 to and including January 13, 2006. Plaintiff Direct Report Corporation d/b/a/ Shareholder.com ("Shareholder"), by and through its counsel Robert Frank, Esq., has assented to this motion.

Dated: January 4, 2006

Respectfully submitted,

CCBN.COM, INC. and THE THOMSON CORPORATION,

By its attorneys,

/s/ Karin M. Bell
Anthony S. Fiotto (BBO #558089)
Jennifer L. Chunias (BBO #644980)
Karin M. Bell (BBO #654242)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231


**ASSENTED TO:**

DIRECT REPORT CORPORATION

d/b/a SHAREHOLDER.COM

By its attorneys,

/s/ Robert S. Frank, Jr. /KMB
Robert S. Frank, Jr. (BBO#177240)
Carlos Perez-Albuerne (BBO#640446)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Ph:   (617) 248-5000
Fx:   (617) 248-4000

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2006.

                                        /s/ Karin M. Bell
                                        Karin M. Bell

LIBA/1664172.1