UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535-PBS |

### RESPONSE OF DEFENDANT ROBERT I. ADLER TO PLAINTIFF SHAREHOLDER.COM'S MOTION TO COMPEL THE RESUMPTION OF THE DEPOSITION OF ANDREW AUGUSTINE AND MOTION TO COMPEL THE THOMSON CORPORATION TO PROVIDE RULE 30(b)(6) TESTIMONY REGARDING CERTAIN SUBJECTS

Defendant Robert I. Adler hereby responds to Plaintiff Shareholder.Com's Motion To Compel The Resumption Of The Deposition Of Andrew Augustine ("Motion to Compel Augustine") and Motion To Compel The Thomson Corporation To Provide Rule 30(b)(6) Testimony Regarding Certain Subjects ("Motion to Compel Rule 30(b)(6) Testimony") (collectively "Motions to Compel") to note certain factual inaccuracies therein.

In the foregoing motions, Shareholder represents that Adler either has not disputed, or has admitted, the allegation that he penetrated Shareholder's internal computer system and obtained confidential information. *See* Motion to Compel Augustine at 1; Motion to Compel Rule 30(b)(6) Testimony at 3. Neither of the above statements, however, is accurate. At his deposition, Adler asserted his Fifth Amendment rights when asked any questions regarding whether he had intruded into Shareholder's computer systems. It is misleading and incorrect,

therefore, for Shareholder to represent that the alleged intrusions are not disputed, or admitted to, by Adler.

                                        ROBERT I. ADLER

                                        By his attorneys,

                                        /s/ Paula M. McManus
                                        Peter E. Gelhaar (BBO #188310)
                                        Michael S. D'Orsi (BBO #566960)
                                        Paula M. McManus (BBO #648029)
                                        DONNELLY CONROY & GELHAAR, LLP
                                        One Beacon Street, 33rd Floor
                                        Boston, Massachusetts 02108
                                        (617) 720-2880

Dated: January 11, 2006