# EXHIBIT 3

## Chunias, Jennifer

| | |
|---|---|
| From: | Perez, Carlos [CPerez@choate.com] |
| Sent: | Friday, October 28, 2005 11:56 AM |
| To: | Chunias, Jennifer |
| Cc: | Frank, Robert S. |
| Subject: | RE: |

Thanks Jen.

Pursuant to my voicemail message, I confirm that the 30(b)(6) deposition of Thompson, originally scheduled for next Monday, October 31st, will be postponed by agreement until the latter of: (1) a reasonable time after the Court has ruled on Shareholder's pending Motion to Compel production of documents regarding the CCBN-Thompson transaction and agreements between certain individuals and CCBN / Thompson; or (2) a reasonable time after the production of the documents sought by that Motion (pursuant to a Court order or otherwise).

If that is not your understanding of our agreement, please let me know immediately.

Regards,

- Carlos

-----Original Message-----
From: Chunias, Jennifer [mailto:JChunias@goodwinprocter.com]
Sent: Friday, October 28, 2005 11:22 AM
To: Perez, Carlos
Subject:

Carlos,
I received your voicemail and that sounds fine.
Thanks,
Jen


Jennifer L. Chunias
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
direct: 617.570.8239
fax: 617.523.1231
email: jchunias@goodwinprocter.com

*****************************************************************

**IRS CIRCULAR 230 DISCLOSURE:**
**To ensure compliance with requirements imposed by the IRS, we inform**