UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>Defendants. | Civil Action No. 04-10535-PBS |

**JOINT MOTION TO FURTHER EXTEND TIME TO
FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S
RECENT ORDERS REGARDING VARIOUS DISCOVERY ISSUES**

Plaintiff, Direct Report Corporation d/b/a Shareholder.com ("Shareholder"), defendants CCBN.COM, Inc. and The Thomson Corporation (collectively "CCBN"), and defendant Robert I. Adler ("Adler") hereby jointly move for an extension of time in which the parties may file objections to Magistrate Judge Alexander's recent orders (the "Orders") on various discovery issues[1] to February 3, 2006.

In support of this motion, the parties state as follows:

1. On January 20, 2006, the parties filed a Joint Motion to Extend Time to File Objections to the Magistrate Judge's Recent Orders Regarding Various Discovery Issues (the "Joint Motion"), requesting that the deadline to object to the Orders be extended to January 27,

---

[1] See Order dated January 4, 2006 regarding Adler's Motion For A Protective Order, Or, Alternatively, To Quash Plaintiff's Subpoenas To Inspect His Personal Computers; Order dated December 27, 2005 regarding (a) Shareholder's Motion for Leave to Share Information Designated as "Confidential" with The Attorney General's Office; (b) Defendant Adler's Motion for Additional Time to Depose Plaintiff's Officers and Other Key Witnesses; and (c) Shareholder's Motion to Compel Production of Documents; Order dated December 27, 2005 regarding Shareholder's Motion to Compel Defendants CCBN.com and The Thomson Corporation to Conduct Searches of CCBN.com's Electronic Back-up Tapes.

2006. In the Joint Motion, the parties informed the Court that they were actively engaged in serious settlement discussions and that a small amount of additional time would (a) aid these efforts and (b) potentially save each party the unnecessary time and expense associated with filing and responding to the various objections currently contemplated. The Court granted the Joint Motion on January 24, 2006.

2.    The parties remain actively engaged in serious settlement discussions and, for the same reasons discussed above, respectfully request that the Court grant a further extension of the time in which the parties may file objections to the Orders to February 3, 2006.

Respectfully submitted,

DIRECT REPORT CORPORATION
d/b/a. SHAREHOLDER.COM

By its attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO# 177240)
Carlos Perez-Albuerne (BBO# 640446)
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000


CCBN.COM, INC. AND THE THOMSON
CORPORATION

By their attorneys,

/s/ Anthony S. Fiotto
Anthony S Fiotto (BBO # 558089)
Jennifer Chunias (BBO # 644980)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

                    ROBERT I. ADLER

                    By his attorneys,

                    /s/ Michael S. D'Orsi
                    Peter E. Gelhaar (BBO #188310)
                    Michael S. D'Orsi (BBO # 566960)
                    Paula M. McManus (BBO # 648029)
                    Donnelly, Conroy & Gelhaar, LLP
                    One Beacon Street, 33rd Floor
                    Boston, MA 02108
                    Phone (617) 720-2880

Dated: January 27, 2006

4037999v1