UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECT REPORT CORPORATION d/b/a SHAREHOLDER.COM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CCBN.COM, INC., THE THOMSON CORPORATION, ROBERT I. ADLER, JOHN DOES 1 THROUGH 5, AND JANE DOES 1 THROUGH 5,<br><br>　　　　　Defendants. | Civil Action No. 04-10535-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 41(c), Plaintiff, Direct Report Corporation d/b/a Shareholder.com ("Shareholder"), Defendants CCBN, Inc. and The Thomson Corporation (collectively "Thomson"), and Defendant Robert I. Adler ("Adler") hereby stipulate that this action be dismissed with prejudice and without assessment of attorneys' fees, interest, or costs against any party.

4038332v1

Respectfully submitted,

DIRECT REPORT CORPORATION
d/b/a. SHAREHOLDER.COM

By its attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr.  (BBO# 177240)
Carlos Perez-Albuerne (BBO# 640446)
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000


CCBN.COM, INC. AND THE THOMSON
CORPORATION

By their attorneys,

/s/ Anthony S. Fiotto
Anthony S Fiotto (BBO # 558089)
Jennifer Chunias (BBO # 644980)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


ROBERT I. ADLER

By his attorneys,

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi  (BBO # 566960)
Paula M. McManus  (BBO # 648029)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Phone (617) 720-2880

Dated:  January 31, 2006